UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA for
the use and benefit of National
Development and Construction Corp.,

        Plaintiff,

   -against-                    ORDER ADOPTING REPORT
                                   AND RECOMMENDATION

UNITED STATES ENVIRONMENTAL
UNIVERSAL SERVICES, INC.,              11-CV-730 (CS)
PALONIA DEVELOPMENT &
PRESERVATION SERVICES CO.,
LLC, and FIRST SEALORD SURETY,
INC.,

        Defendants.
------------------------------------------------------x

Seibel, J.

      Before the Court is the Report and Recommendation ("R&R") of Magistrate Judge George A. Yanthis, dated April 22, 2013, (Doc. 47), recommending that the cross-claim of Defendant United States Environmental Universal Services, Inc. ("USEUS") be dismissed with prejudice for failure to prosecute. No objections to the R&R have been filed, so I review it for clear error. No error, clear or otherwise, being apparent, the R&R is hereby adopted as the decision of the Court, and the cross-claim of USEUS is hereby dismissed with prejudice.

Dated: May 13, 2013
       White Plains, New York

                                                          _____
                                                          CATHY SEIBEL, U.S.D.J.