UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA for
the use and benefit of National
Development and Construction Corp.,

                Plaintiff,

                              ORDER ADOPTING REPORT
      -against-              AND RECOMMENDATION

UNITED STATES ENVIRONMENTAL
UNIVERSAL SERVICES, INC.,            11-CV-730 (CS)
PALONIA DEVELOPMENT &
PRESERVATION SERVICES CO.,
LLC, and FIRST SEALORD SURETY,
INC.,

                Defendants.
-------------------------------------------------------x

Seibel, J.

      Before the Court is the Report and Recommendation ("R&R") of Magistrate Judge George A. Yanthis, dated October 30, 2013, (Doc. 61), recommending that a judgment of default be entered against Defendant Palonia Development & Restoration Services Co., LLC ("Palonia"). No objections to the R&R have been filed, so I review it for clear error. No error – clear or otherwise – being apparent, the R&R is hereby adopted as the decision of the Court. Defendant Palonia is hereby declared in default, and a default judgment will be entered against it in an amount to be determined after an inquest.

      The Clerk of Court is respectfully directed to re-designate this matter to Magistrate Judge Davison, to whom the undersigned will refer the case for an inquest as to damages for both Defendant Palonia and Defendant United States Environmental Universal Services, Inc. (*See* Docs. 57, 60.)

Dated: November 20, 2013
       White Plains, New York

                                                      _____
                                                      CATHY SEIBEL, U.S.D.J.