# EXHIBIT 12

v.baras ARCHITECTS PC

186 Decker Rd.
Glen Spey, NY 12737

# Invoice

| Date | Invoice # |
|---|---|
| 6/1/2009 | 09-917 |

Bill To

National Development & Construction
Manny Contraras
467 Harrison Street
Passaic, NJ 07055-3103

**PAID**



v.baras**ARCHITECTS**

| Project | | Terms |
|---|---|---|
| | | Due on receipt |

| Description | Amount |
|---|---|
| Architectural Consulting for Poughkeepsie, NY Post Office Restoration | 2,800.00 |

Current Due $2,800.00

| Phone # | E-mail |
|---|---|
| 845-856-5708 | hector@vbaras.com |

# GARFIELD LUMBER & MILLWORKS, INC.

WINDOWS, DOORS
MOULDINGS
PRESSURE TREATED LUMBER
CEDAR LUMBER
PLYWOOD
SPECIALTY WOODS
MASON SUPPLIES

260 LANZA AVENUE
GARFIELD, N.J. 07026-3585
**TEL (973) 478-2160**
**FAX (973) 478-3164**
www.garfieldlumber.com

HARDWARE
HAND & POWER TOOLS
PNEUMATIC TOOLS &
FASTENERS
ELECTRICAL
PLUMBING
LAWN & GARDEN
ROOFING SUPPLIES

| INVOICE | |
|---|---|
| DATE | NUMBER |
| 06/03/09 | S417398 |

VISA / AMERICAN EXPRESS / MASTER ACCEPTED

  

| SOLD TO | SHIP TO |
|---|---|
| VISA01<br>VISA<br>WWW.GARFIELDLUMBER.COM<br>*G O D _ B L E S S*<br>AMERICA, | VISA<br>WWW.GARFIELDLUMBER.COM<br>*G O D _ B L E S S*<br>AMERICA, |

| PURCHASE ORDER NUMBER | DELIVERED BY | CUST. ACCT. NO. | TERMS |
|---|---|---|---|
| | TO4 JG        5 | VISA01 | Credit Card Payment |

| CODE | QUANTITY | DESCRIPTION | FOOTAGE U/M | PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|
| HNSNSI | 8 | 4X8X8 DOUG FIR | | 60.00 | EA | 480.00 |
| HNSNSI | 15 | 3X8X8 DOUG FIR | | 45.00 | EA | 675.00 |
| HNSNSI | 4 | 3X10X8 DOUG FIR | | 58.00 | EA | 232.00 |
| HNSNSI | 4 | 4X10X8 DOUG FIR | | 74.00 | EA | 296.00 |
| HNSNSI | 7 | 3X8X12 DOUG FIR | | 67.00 | EA | 469.00 |
| HNSNSI | 1 | 3X8X16 DOUG FIR | | 89.28 | EA | 89.28 |

HUTTIG
5781

973-449-9344

NATIONAL DEVELOPMENT

* * Authorization Re-Print * *

| SUB-TOTAL | SALES TAX | PLEASE PAY THIS AMOUNT | |
|---|---|---|---|
| $2,241.28 | $156.89 | | $2,398.17 |

**IMPORTANT:** PAST DUE ACCOUNTS ARE SUBJECT TO A MONTHLY SERVICE CHARGE. THE SERVICE CHARGE IS COMPUTED BY A "PERIODIC RATE" OF         PER MONTH WHICH IS AN **ANNUAL PERCENTAGE RATE** OF         APPLIED TO THE PREVIOUS BALANCE AFTER DEDUCTING CURRENT PAYMENTS AND/OR CREDITS APPEARING ON THIS INVOICE.

RECEIVED IN GOOD CONDITION _____
PLEASE NOTE ITEMS RETURNED FOR CREDIT ON SIGNED TICKET. WE RESERVE THE RIGHT TO REJECT ANY RETURNED MATERIAL. CREDIT WILL BE GIVEN ONLY FOR UNDAMAGED AND SALEABLE MERCHANDISE. A 20% HANDLING CHARGE WILL BE MADE. SIGNATURE HERETO INDEMNIFIES AND SAVES HARMLESS THIS COMPANY FROM ALL COSTS, LOSSES, ETC. AS A RESULT OF DAMAGE OR INJURY TO PERSONS OR PROPERTY WHEN ORDERED TO DELIVER MATERIAL BEYOND CURB LINE OF PUBLIC ROADS. ALL RETURNED GOODS MUST BE ACCOMPANIED BY THIS INVOICE WITHIN 30 DAYS. ALL SPECIAL ORDERS ARE NON REFUNDABLE.

NO REFUNDS WITHOUT THIS INVOICE

MONDAY - FRIDAY...... 7AM - 6PM
SATURDAY ................ 7AM - 5PM

# CUSTOMER COPY

DELIVERY INVOICE

# GARFIELD LUMBER & MILLWORKS, INC.

WINDOWS, DOORS
MOULDINGS
PRESSURE TREATED LUMBER
CEDAR LUMBER
PLYWOOD
SPECIALTY WOODS
MASON SUPPLIES

260 LANZA AVENUE
GARFIELD, N.J. 07026-3585
**TEL (973) 478-2160**
**FAX (973) 478-3164**
www.garfieldlumber.com

HARDWARE
HAND & POWER TOOLS
PNEUMATIC TOOLS &
FASTENERS
ELECTRICAL
PLUMBING
LAWN & GARDEN
ROOFING SUPPLIES

| INVOICE | |
|---|---|
| DATE | NUMBER |
| 06/09/09 | S418135 |

VISA / AMERICAN EXPRESS / MASTER ACCEPTED

 

**SOLD TO:**
VISA01
VISA
WWW.GARFIELDLUMBER.COM
*G O D _ B L E S S*
AMERICA,

**SHIP TO:**
55M
55 MANSION ST
973-449-9344
POUGHKEEPSIE NY
AMERICA,

| PURCHASE ORDER NUMBER | DELIVERED BY | CUST. ACCT. NO. | TERMS |
|---|---|---|---|
| | T04 JG          5 | VISA01 | Credit Card Payment |

| CODE | QUANTITY | DESCRIPTION | FOOTAGE U/M | PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | |

* * Authorization Re-Print * *

| SUB-TOTAL | | SALES TAX | PLEASE PAY THIS AMOUNT ➡ | |
|---|---|---|---|---|
| $200.00 FREIGHT | | $14.00 | | $214.00 |

**IMPORTANT:** PAST DUE ACCOUNTS ARE SUBJECT TO A MONTHLY SERVICE CHARGE. THE SERVICE CHARGE IS COMPUTED BY A **"PERIODIC RATE"** OF _____ PER MONTH WHICH IS AN **ANNUAL PERCENTAGE RATE** OF _____ APPLIED TO THE PREVIOUS BALANCE AFTER DEDUCTING CURRENT PAYMENTS AND/OR CREDITS APPEARING ON THIS INVOICE.

MONDAY - FRIDAY...... 7AM - 6PM
SATURDAY ................ 7AM - 5PM

RECEIVED IN GOOD CONDITION _____

PLEASE NOTE ITEMS RETURNED FOR CREDIT ON SIGNED TICKET. WE RESERVE THE RIGHT TO REJECT ANY RETURNED MATERIAL. CREDIT WILL BE GIVEN ONLY FOR UNDAMAGED AND SALEABLE MERCHANDISE. A 20% HANDLING CHARGE WILL BE MADE. SIGNATURE HERETO INDEMNIFIES AND SAVES HARMLESS THIS COMPANY FROM ALL COSTS, LOSSES, ETC. AS A RESULT OF DAMAGE OR INJURY TO PERSONS OR PROPERTY WHEN ORDERED TO DELIVER MATERIAL BEYOND CURB LINE OF PUBLIC ROADS. ALL RETURNED GOODS MUST BE ACCOMPANIED BY THIS INVOICE WITHIN 30 DAYS. ALL SPECIAL ORDERS ARE NON REFUNDABLE.

NO REFUNDS WITHOUT THIS INVOICE

# CUSTOMER COPY

DELIVERY INVOICE

# GARFIELD LUMBER & MILLWORKS, INC.

WINDOWS, DOORS
MOULDINGS
PRESSURE TREATED LUMBER
CEDAR LUMBER
PLYWOOD
SPECIALTY WOODS
MASON SUPPLIES

260 LANZA AVENUE
GARFIELD, N.J. 07026-3585
**TEL (973) 478-2160**
**FAX (973) 478-3164**
www.garfieldlumber.com

HARDWARE
HAND & POWER TOOLS
PNEUMATIC TOOLS &
FASTENERS
ELECTRICAL
PLUMBING
LAWN & GARDEN
ROOFING SUPPLIES

| INVOICE | |
| --- | --- |
| DATE | NUMBER |
| 06/24/09 | S419906 |

VISA / AMERICAN EXPRESS / MASTER ACCEPTED

  

| SOLD TO | SHIP TO |
| --- | --- |
| VISA01 | |
| VISA | VISA |
| WWW.GARFIELDLUMBER.COM | WWW.GARFIELDLUMBER.COM |
| *G O D _ B L E S S* | *G O D _ B L E S S* |
| AMERICA, | AMERICA, |

| PURCHASE ORDER NUMBER | DELIVERED BY | | CUST. ACCT. NO. | TERMS |
| --- | --- | --- | --- | --- |
| | T09 RAJ | 5 | VISA01 | Credit Card Payment |

| CODE | QUANTITY | DESCRIPTION | FOOTAGE U/M | PRICE | PER | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| TTLLSB1011 | 2 | 7/8"X 16"SPEEDBORE BOSCH | | 9.71 | EA | 19.42 |

* * Authorization Re-Print * *

| SUB-TOTAL | SALES TAX | PLEASE PAY THIS AMOUNT ➡ | |
| --- | --- | --- | --- |
| $19.42 | $1.36 | | $20.78 |

**IMPORTANT:** PAST DUE ACCOUNTS ARE SUBJECT TO A MONTHLY SERVICE CHARGE. THE SERVICE CHARGE IS COMPUTED BY A **"PERIODIC RATE"** OF           PER MONTH WHICH IS AN **ANNUAL PERCENTAGE RATE** OF           APPLIED TO THE PREVIOUS BALANCE AFTER DEDUCTING CURRENT PAYMENTS AND/OR CREDITS APPEARING ON THIS INVOICE.

MONDAY - FRIDAY...... 7AM - 6PM
SATURDAY................. 7AM - 5PM

RECEIVED IN GOOD CONDITION _____
PLEASE NOTE ITEMS RETURNED FOR CREDIT ON SIGNED TICKET. WE RESERVE THE RIGHT TO REJECT ANY RETURNED MATERIAL. CREDIT WILL BE GIVEN ONLY FOR UNDAMAGED AND SALEABLE MERCHANDISE. A 20% HANDLING CHARGE WILL BE MADE. SIGNATURE HERETO INDEMNIFIES AND SAVES HARMLESS THIS COMPANY FROM ALL COSTS, LOSSES, ETC. AS A RESULT OF DAMAGE OR INJURY TO PERSONS OR PROPERTY WHEN ORDERED TO DELIVER MATERIAL BEYOND CURB LINE OF PUBLIC ROADS. ALL RETURNED GOODS MUST BE ACCOMPANIED BY THIS INVOICE WITHIN 20 DAYS. ALL SPECIAL ORDERS ARE NON REFUNDABLE.

NO REFUNDS WITHOUT THIS INVOICE

# CUSTOMER COPY

DELIVERY INVOICE

# GARFIELD LUMBER & MILLWORKS, INC.

WINDOWS, DOORS
MOULDINGS
PRESSURE TREATED LUMBER
CEDAR LUMBER
PLYWOOD
SPECIALTY WOODS
MASON SUPPLIES

260 LANZA AVENUE
GARFIELD, N.J. 07026-3585
**TEL (973) 478-2160**
**FAX (973) 478-3164**
www.garfieldlumber.com

HARDWARE
HAND & POWER TOOLS
PNEUMATIC TOOLS &
FASTENERS
ELECTRICAL
PLUMBING
LAWN & GARDEN
ROOFING SUPPLIES

| INVOICE | |
|---|---|
| DATE | NUMBER |
| 06/24/09 | S418903 |

VISA / AMERICAN EXPRESS / MASTER ACCEPTED

  

| | | |
|---|---|---|
| **S O L D  T O** | VISA01 <br> VISA <br> WWW.GARFIELDLUMBER.COM <br> *G O D _ B L E S S* <br> AMERICA, | |
| **S H I P  T O** | VISA <br> WWW.GARFIELDLUMBER.COM <br> *G O D _ B L E S S* <br> AMERICA, | |

| PURCHASE ORDER NUMBER | DELIVERED BY | | CUST. ACCT. NO. | TERMS |
|---|---|---|---|---|
| | T09 MAR | 5 | VISA01 | Credit Card Payment |

| CODE | QUANTITY | DESCRIPTION | FOOTAGE U/M | PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|
| LPWPLYCUT | 1 | PLYWOOD CUTTING CHARGE | | 150.00 | EA | 150.00 |

*   *   Authorization Re-Print   *   *

| SUB-TOTAL | SALES TAX | PLEASE PAY THIS AMOUNT ➡ | |
|---|---|---|---|
| $150.00 | $10.50 | | $160.50 |

**IMPORTANT:** PAST DUE ACCOUNTS ARE SUBJECT TO A MONTHLY SERVICE CHARGE. THE SERVICE CHARGE IS COMPUTED BY A **"PERIODIC RATE"** OF _____ PER MONTH WHICH IS AN **ANNUAL PERCENTAGE RATE** OF _____ APPLIED TO THE PREVIOUS BALANCE AFTER DEDUCTING CURRENT PAYMENTS AND/OR CREDITS APPEARING ON THIS INVOICE.

MONDAY - FRIDAY ...... 7AM - 6PM
SATURDAY ................. 7AM - 5PM

RECEIVED IN GOOD CONDITION _____

PLEASE NOTE ITEMS RETURNED FOR CREDIT ON SIGNED TICKET. WE RESERVE THE RIGHT TO REJECT ANY RETURNED MATERIAL. CREDIT WILL BE GIVEN ONLY FOR UNDAMAGED AND SALEABLE MERCHANDISE. A 20% HANDLING CHARGE WILL BE MADE. SIGNATURE HERETO INDEMNIFIES AND SAVES HARMLESS THIS COMPANY FROM ALL COSTS, LOSSES, ETC. AS A RESULT OF DAMAGE OR INJURY TO PERSONS OR PROPERTY WHEN ORDERED TO DELIVER MATERIAL BEYOND CURB LINE OF PUBLIC ROADS. ALL RETURNED GOODS MUST BE ACCOMPANIED BY THIS INVOICE WITHIN 30 DAYS. ALL SPECIAL ORDERS ARE NON REFUNDABLE.

NO REFUNDS WITHOUT THIS INVOICE

# CUSTOMER COPY

DELIVERY INVOICE

# Passaic Metal & Building Supplies Co.

**PAMPCO**

ESTABLISHED 1911

5 Central Avenue
Clifton, NJ 07011

Phone: 973-546-9000  Fax: 973-546-7179

## PAST INVOICE

Customer Copy

| | |
|---|---|
| Number | 959220 |
| Date | 07/10/09 |
| Page | 1 |

| Bill To: C152850 | NATIONAL DEV. & CONST. CORP.<br>467 HARRISON STREET<br>PASSAIC, NJ 07055 | Ship To: SAME | NATIONAL DEV. & CONST. CORP.<br>467 HARRISON STREET<br>PASSAIC, NJ 07055 |
|---|---|---|---|

| Purchase Order# | Taken By | Order# | Ord Date | Ship Date | Ship Via | WH | Salesperson | Terms |
|---|---|---|---|---|---|---|---|---|
| POGKIPSIE | RD | T18840 | 07/10/09 | 07/10/09 | BEST WAY | 01 | ED G | CASH |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|
| LCC4 | 16oz 36x96 LEAD CTD COPPER SHEET | 5 | 5 | 0 | SH | 133.79 | SH | 668.95 |
| CLN4 | 1 1/2"x11ga COPPER SMOOTH SHANK NAILS | 2 | 2 | 0 | LB | 9.25 | LB | 18.50 |

| | Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|---|
| | 687.45 | .00 | .00 | 48.12 | .00 | 735.57 |

-DISCOUNT ON MERCHANDISE ONLY
-CLAIMS FOR DISCREPANCIES MUST BE
 MADE WITHIN 30 DAYS
-20 PERCENT HANDLING CHARGE ON MERCHANDISE RETURNED FOR CREDIT

*In CLIFTON we will be open on SATURDAY mornings from 8:00-12:00 beginning APRIL 9th.*

# Passaic Metal & Building Supplies Co.

**PAMPCO**

ESTABLISHED 1911

5 Central Avenue
Clifton, NJ 07011

Phone: 973-546-9000 Fax: 973-546-7179

| | |
|---|---|
| Number | 961139 |
| Date | 07/23/09 |
| Page | 1 |

| Bill To: C152850 | NATIONAL DEV. & CONST. CORP.  467 HARRISON STREET  PASSAIC, NJ 07055 | Ship To: SAME | NATIONAL DEV. & CONST. CORP.  467 HARRISON STREET  PASSAIC, NJ 07055 |
|---|---|---|---|

| Purchase Order# | Taken By | Order# | Ord Date | Ship Date | Ship Via | WH | Salesperson | Terms |
|---|---|---|---|---|---|---|---|---|
| | BH | T19861 | 07/23/09 | 07/23/09 | BEST WAY | 01 | ED G | CASH |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|
| LCC4 | 16oz 36x96 LEAD CTD COPPER SHEET | 8 | 8 | 0 | SH | 133.79 | SH | 1070.32 |
| KAR11 | #108 ASPII PRIMER 5GAL KARNAK | 1 | 1 | 0 | EA | 33.50 | EA | 33.50 |

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 1103.82 | .00 | .00 | 77.27 | .00 | 1181.09 |

-DISCOUNT ON MERCHANDISE ONLY
-CLAIMS FOR DISCREPANCIES MUST BE MADE WITHIN 30 DAYS
-20 PERCENT HANDLING CHARGE ON MERCHANDISE RETURNED FOR CREDIT

*In CLIFTON we will be open on SATURDAY mornings from 8:00-12:00 beginning APRIL 9th.*

**INVOICE #:**  09534

**DATE:**  July 30, 2009

**TO:**

Manuel Contreras c/o *U.S. Environmental Universal Services, Inc.*
National development and Construction
463 Harrison Street, Passaic, NJ 07055
Phone: 973-472-4454 I Fax: 973-472-4459



**97 Clay LLC**
96 Clay Street, Newark, New Jersey 07104
Phone: 973-268-2248 I Fax: 973-268-2936
*Email: MIRUCCI@OPTONLINE.NET*

**SHIP TO:**

97 Clay LLC   C/O   National Development
96 Clay Street, Newark, New Jersey 07104
Phone: 973-268-2248 I Fax: 973-268-2936

**Job Reference:**  U.S. Environmental Universal
Services, Inc.
Poughkeepsie, NY , Poughkeepsie's
post office bell tower restoration

| Sales Rep. | P.O. Number | Ship Date | Ship Via | FOB | Terms |
|---|---|---|---|---|---|
| Mirek Hut | 534 | July 25, 2009 | Fabricator | N/A | 30 Days |

| Quantity | Description | Unit | Total |
|---|---|---|---|
| 4 | 4 Half Arches-Craft in red cedar wood | 1,500.00 | 6,000.00 |
| 4 | Arches cover-Craft in red cedar wood | 300.00 | 1,200.00 |
| 8 | Red Cedar Ornament to much old column | 440.00 | 3,520.00 |
| 1 | Molding knives and mounting | 2,870.00 | 2,870.00 |
| 40 | 40 Linear feet of quarter round molding | 4.20 | 168.00 |
| 40 | 40 Linear feet of 13/16 quarter round molding | 4.20 | 168.00 |
| 40 | 40 Linear feet of support molding | 5.20 | 208.00 |
| 40 | 40 Linear feet of Facial molding | 8.50 | 340.00 |
| 40 | 40 Linear feet of Crown Molding | 8.80 | 352.00 |
| 1 | Deposit 1 | (3,000.00) | |
| 1 | Deposit 2 | (3,700.00) | |

| | | |
|---|---|---|
| Total Sale | | 14,826.00 |
| Taxes | 0.00% | 0.00 |
| Total sales + Taxes | | 14,826.00 |
| Deposit | | (6,700.00) |
| **TOTAL AMOUNT DUE** | | **$8,126.00** |

Make all Checks payable to **96 Clay LLC**
THANK YOU FOR YOUR BUSINESS!



# GARFIELD LUMBER & MILLWORKS, INC.

WINDOWS, DOORS
MOULDINGS
PRESSURE TREATED LUMBER
CEDAR LUMBER
PLYWOOD
SPECIALTY WOODS
MASON SUPPLIES

260 LANZA AVENUE
GARFIELD, N.J. 07026-3585
**TEL (973) 478-2160**
**FAX (973) 478-3164**
www.garfieldlumber.com

HARDWARE
HAND & POWER TOOLS
PNEUMATIC TOOLS &
FASTENERS
ELECTRICAL
PLUMBING
LAWN & GARDEN
ROOFING SUPPLIES

| INVOICE | |
|---|---|
| DATE | NUMBER |
| 08/17/09 | S428565 |

VISA / AMERICAN EXPRESS / MASTER ACCEPTED

  

**SOLD TO**
CASH01
CASH SALE
WWW.GARFIELDLUMBER.COM
*GOD_BLESS*
AMERICA,

**SHIP TO**
CASH SALE
WWW.GARFIELDLUMBER.COM
*GOD_BLESS*
AMERICA,

| PURCHASE ORDER NUMBER | | DELIVERED BY | | CUST. ACCT. NO. | TERMS |
|---|---|---|---|---|---|
| | | 101 MAR    5 | | CASH01 | CASH |

| CODE | QUANTITY | DESCRIPTION | FOOTAGE U/M | PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|
| LPITG16FJ- | | 1X6 T&G PRIMED PINE EDGE & CTR 23/16 | 368 LFT | 1.17 | LFT | 430.56 |
| LPWPLYCUT | 16 | PLYWOOD CUTTING CHARGE | | .50 | EA | 8.00 |
| TIV45054 | 1 | 6" SS MAGNETIC BIT HOLDER IVY CLASSIC/EMERY | | 6.25 | EA | 6.25 |

* * Authorization Re-Print * *

| SUB-TOTAL | $444.81 | SALES TAX | $31.14 | PLEASE PAY THIS AMOUNT ➡ | | $475.95 |
|---|---|---|---|---|---|---|

**IMPORTANT:** PAST DUE ACCOUNTS ARE SUBJECT TO A MONTHLY SERVICE CHARGE. THE SERVICE CHARGE IS COMPUTED BY A **"PERIODIC RATE"** OF        PER MONTH WHICH IS AN **ANNUAL PERCENTAGE RATE** OF        APPLIED TO THE PREVIOUS BALANCE AFTER DEDUCTING CURRENT PAYMENTS AND/OR CREDITS APPEARING ON THIS INVOICE.

MONDAY - FRIDAY ...... 7AM - 6PM
SATURDAY ................. 7AM - 5PM

RECEIVED IN GOOD CONDITION _____

PLEASE NOTE ITEMS RETURNED FOR CREDIT ON SIGNED TICKET. WE RESERVE THE RIGHT TO REJECT ANY RETURNED MATERIAL. CREDIT WILL BE GIVEN ONLY FOR UNDAMAGED AND SALEABLE MERCHANDISE. A 20% HANDLING CHARGE WILL BE MADE. SIGNATURE HERETO INDEMNIFIES AND SAVES HARMLESS THIS COMPANY FROM ALL COSTS, LOSSES, ETC. AS A RESULT OF DAMAGE OR INJURY TO PERSONS OR PROPERTY WHEN ORDERED TO DELIVER MATERIAL BEYOND CURB LINE OF PUBLIC ROADS. ALL RETURNED GOODS MUST BE ACCOMPANIED BY THIS INVOICE WITHIN 30 DAYS. ALL SPECIAL ORDERS ARE NON REFUNDABLE.

NO REFUNDS WITHOUT THIS INVOICE

# CUSTOMER COPY

DELIVERY INVOICE

# GARFIELD LUMBER & MILLWORKS, INC.

WINDOWS, DOORS
MOULDINGS
PRESSURE TREATED LUMBER
CEDAR LUMBER
PLYWOOD
SPECIALTY WOODS
MASON SUPPLIES

260 LANZA AVENUE
GARFIELD, N.J. 07026-3585
**TEL (973) 478-2160**
**FAX (973) 478-3164**
www.garfieldlumber.com

HARDWARE
HAND & POWER TOOLS
PNEUMATIC TOOLS &
FASTENERS
ELECTRICAL
PLUMBING
LAWN & GARDEN
ROOFING SUPPLIES

| INVOICE | |
|---|---|
| DATE | NUMBER |
| 03/25/09 | S408600 |

VISA / AMERICAN EXPRESS / MASTER ACCEPTED

 

**SOLD TO**
VISA01
VISA
WWW.GARFIELDLUMBER.COM
*G O D _ B L E S S*
AMERICA,

**SHIP TO**
VISA
WWW.GARFIELDLUMBER.COM
*G O D _ B L E S S*
AMERICA,

| PURCHASE ORDER NUMBER | DELIVERED BY | | CUST. ACCT. NO. | TERMS |
|---|---|---|---|---|
| | 106 CAR | 5 | VISA01 | CASH ON DELIVERY |

| CODE | QUANTITY | DESCRIPTION | FOOTAGE U/M | PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|
| LHFHF2101B | 12 | 2X10X18' GRN DOUG FIR 2 & BTR | 216 EA | .87 | EA | 187.92 |

* * Authorization Re-Print *-*

| SUB-TOTAL | SALES TAX | PLEASE PAY THIS AMOUNT ➡ | |
|---|---|---|---|
| $187.92 | $13.15 | | $201.07 |

**IMPORTANT:** PAST DUE ACCOUNTS ARE SUBJECT TO A MONTHLY SERVICE CHARGE. THE SERVICE CHARGE IS COMPUTED BY A **"PERIODIC RATE"** OF ___ PER MONTH WHICH IS AN **ANNUAL PERCENTAGE RATE** OF ___ APPLIED TO THE PREVIOUS BALANCE AFTER DEDUCTING CURRENT PAYMENTS AND/OR CREDITS APPEARING ON THIS INVOICE.

MONDAY - FRIDAY ...... 7AM - 6PM
SATURDAY ................ 7AM - 5PM

RECEIVED IN GOOD CONDITION _____
PLEASE NOTE ITEMS RETURNED FOR CREDIT ON SIGNED TICKET. WE RESERVE THE RIGHT TO REJECT ANY RETURNED MATERIAL. CREDIT WILL BE GIVEN ONLY FOR UNDAMAGED AND SALEABLE MERCHANDISE. A 20% HANDLING CHARGE WILL BE MADE. SIGNATURE HERETO INDEMNIFIES AND SAVES HARMLESS THIS COMPANY FROM ALL COSTS, LOSSES, ETC. AS A RESULT OF DAMAGE OR INJURY TO PERSONS OR PROPERTY WHEN ORDERED TO DELIVER MATERIAL BEYOND CURB LINE OF PUBLIC ROADS. ALL RETURNED GOODS MUST BE ACCOMPANIED BY THIS INVOICE WITHIN 30 DAYS. ALL SPECIAL ORDERS ARE NON REFUNDABLE.

NO REFUNDS WITHOUT THIS INVOICE

# CUSTOMER COPY

DELIVERY INVOICE