# EXHIBIT 19



# UNITED STATES ENVIRONMENTAL UNIVERSAL SERVICES, INC.

## Invoice

2873

Bill To: United States Postal Service
Westchester P&D Center
1000 Westchester Avenue
White Plains, NY 10610-9991

**Project Location**

Poughkeepsie Station
55 Mansion St
Poughkeepsie, NY 12601

Attn: Louis Sanchez

| USEUS Job No. | Start Date | End Date | Date Invoice | Contract Number | Terms | W.O. Number |
|---|---|---|---|---|---|---|
| 08-0441 | 07/17/08 | 08/08/08 | 8/8/2008 | 332495-04-B-0055 | Upon Receipt | 56 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 0.4 | Mobilization on Projects. Work Area Isolation | 975.00 | 390.00 |
| 0.4 | Work Plan | 65.00 | 26.00 |
| 89,961 | Measurement: Per/SF Floor Area. Elevated Work Surfaces - Fixed Scaffolding | 0.65 | 58,474.65 |
| 6 | Elevated Work Surfaces - Motorized Scaffolding | 321.75 | 1,930.50 |
| 298,242.6 | Cleaning of Surfaces - HEPA Vacuum | 0.065 | 19,385.77 |
| 3 | Decontamination System, 2' x 4' @ 16' O.C., 5/8' Plywood Each Side | 227.50 | 682.50 |
| 16,233.5 | Install and Remove Temporary Partition with 2' x 4' @ 16' O.C. Studs and Plastic Sheeting | 0.91 | 14,772.49 |
| 58,853 | Masking and Sealing Surfaces, Each Layer, 6-Mil Poly Sheeting | 0.3575 | 21,039.95 |
| 3 | Roll-Off Container. Enclosed 20 CY Capacity | 130.00 | 390.00 |
| 0.4 | Site Visit | 97.50 | 39.00 |
| 78.536 | Abate Lead-Based Paint by Chemical Stripping of Painted Surface - Strip Miscellaneous Surfaces | 0.715 | 56,153.24 |
| 33,254.8 | Paint Removal by Heat Gun - Strip Miscellaneous Surfaces | 0.65 | 21,615.62 |
| 8.7 | Disposal of Project Waste - Non-Hazardous - 20 Cubic Yard Roll-Off | 243.75 | 2,120.63 |
| 4 | Disposal of Project Waste - Hazardous - Quality Assurance Lab Fee for Waste Characterization | 48.75 | 195.00 |
| | | **Total** | **$197,215.35** |

THANK YOU

*WE ACCEPT CREDIT CARD PAYMENTS!*



365 RIVER DRIVE, GARFIELD, NEW JERSEY 07026 · TEL: 973-478-5755 · FAX: 973-478-5551
E-MAIL: central@useusonline.com · WEBSITE: www.useusonline.com

0000161

1

| **UNITED STATES POSTAL SERVICE®** | **CONTRACTOR'S AFFIDAVIT OF PAYMENT OF DEBTS AND CLAIMS** |
|---|---|
| **TO:** United States Postal Service New York Facilities Service Office 2 Hudson Place – 5TH Floor Hoboken, NJ 07030 | **FROM:** U.S. Environmental Universal Service, Inc. 365 River Drive Garfield, NJ 07026 |

**TO:**
United States Postal Service
New York Facilities Service Office
2 Hudson Place – 5TH Floor
Hoboken, NJ 07030

**FROM:**
U.S. Environmental Universal Service, Inc.
365 River Drive
Garfield, NJ 07026

**PROJECT:**
FMS Project No: A41237
Poughkeepsie Station
55 Mansion St
Poughkeepsie, NY 12601

**Construction Contract No.**
332495-04-B-0055

**Project Authorization No.**
6-4A-356800-C-553

The Undersigned, pursuant to the terms of the above identified Contract of Construction, hereby certifies that except, as listed below, he has paid in full or has otherwise satisfied all obligations for all materials and equipment furnished, for all work, labor and services performed, and or all known indebtedness and claims against the Contractor for damages arising in any manner in connection with the performance of the Contractor referenced above for which United States Postal Service or their property might in any way be held responsible.

EXCEPTIONS: (If non, write "NONE")

None

Name ___Roque Schipilliti___ Title ___President___ Signature _____

Date ___08/08/08___

Subscribed and sworn to before me this ___8___ day of ___Acy___, 200_8_.

Notary Public _____ My commission expires: _____

WILFREDO BAEZ
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES OCT. 20, 2009

0000171

2

| UNITED STATES POSTAL SERVICE® | CONTRACTOR'S RELEASE |
|---|---|

| TO: | FROM: |
|---|---|
| United States Postal Service | U.S. Environmental Universal Service, Inc. |
| New York Facilities Service Office | 365 River Drive |
| 2 Hudson Place – 5TH Floor | Garfield, NJ 07026 |
| Hoboken, NJ 07030 | |

| PROJECT: | Construction Contract No. |
|---|---|
| FMS Project No: A41237 | 332495-04-B-0055 |
| Poughkeepsie Station | |
| 55 Mansion St | Project Authorization No. |
| Poughkeepsie, NY 12601 | 6-4A-356800-C-553 |

Pursuant to the terns of __United States Postal Service__ and in consideration of the sum of __One Hundred Ninety Seven Thousand Two Hundred Fifteen and Thirty Five Cents__, which has been or is to be paid under the said contractor to __United States Environmental Universal Service, Inc (U.S.E.U.S.)__ (hereinafter called the contractor) or its assignees, if any, the contractor, upon payment of the said sum by the UNITED SATES POSTAL SERVICE, (hereinafter called the Postal Service), does remise, release and discharge the Postal Service, its officer, agents and employees, of and form all liabilities, obligations, claims, and demands whatsoever under or arising from the said contract except:

1. Specified claims in stated amounts, or in estimated amounts where the amounts are not susceptible of exact statement by the Contractor, as follows:

2. Claims, together with reasonable expenses incidental thereto, based upon the liabilities of the Contractor to third parties arising out of the performance of the said contractor, which are not known to the contractor o the date of execution of this release and of which the contractor gives notice in writing to the Contracting Officer within the period specified in the said contract.

3. Claims for reimbursement of costs (other than expenses of the Contractor by reason of its indemnifications of the Postal Service against patent liability), including reasonable expenses incidental thereto, incurred by the Contractor under the provision of the said contract relating to patents.

The Contractor agrees, in connection with patent matters and with claims which are not release as set forth above, that it will comply with all of the provisions of the said contract, including without limitation those provisions relating to notifications of the Contracting Officer and relating to the defense or prosecution of litigation.

IN WITNESS WHEREOF, this release has been executed this     __8th__    day of __August, 2008__ .

                           __U.S.E.U.S, Inc__

                                      Name of Contractor

         By     __ROQUE SCHIPILLITI__

         Title         President

CERTIFICATE

I, __ROQUE SCHIPILLITI__ certify that I am the __President__ , of the corporation named as Contractor in the foregoing release; that __ROQUE SCHIPILLITI__, who signed said release on behalf of the Contractor was then __President__ , of said corporation; that said release was duly signed for and in behalf of said corporation by authority of its governing body and is within the scope of its corporate powers.

(CORPORATE SEAL) 3.30

| UNITED STATES POSTAL SERVICE® | Facility and Fixed Mechanization Project Contract Payment Authorization | | 4211B | |
|---|---|---|---|---|
| | | | Date 08/13/2008 | Control Number A080836 |

**Installation Name** POUGHKEEPSIE - MAIN OFFICE (355800-G01)
POUGHKEEPSIE, NY 12601-9998

**Description of Work** restore bell tower
LBP Abatement and Restoration of Bell Tower

| Project Authorization No. 6-4A-356800-C-553 | Contract No. 332495-04-B-0055 | | Change Code 000 | | B/A Finance Number 670216 | | Project No. A41237 |
|---|---|---|---|---|---|---|---|

| Item Description | | Account Number | Index Code | Payment Amount (From Summary Line 8) | Progress Payment Summary | | |
|---|---|---|---|---|---|---|---|
| R&A Bldg Constr (5BC) | | 86125 | 5BC | $ 197,215.35 | 1 Initial Contract Amount | $ | 496,270.72 |
| | | | | | 2 Approved Change Amount | $ | 496,270.72 |
| | | | | | 3 Total Contract Amt to Date (Lines 1+2) | $ | 496,270.72 |
| | | | | | 4 Value of Work Completed to Date (Attach supporting data-incl. value of material received this period. Attach Invoices) | $ | 197,215.35 |
| | | | | | 5 Amount of Retainage | $ | 0 |
| | | | | | 6 Sub Total | $ | 197,215.35 |
| | | | | | 7 Previous Payment Amount | $ | 0 |
| | | | | | 8 Amount of this Payment | $ | 197,215.35 |

Payee Name and Address:
U S ENVIRONMENTAL UNIVERSAL INC
365 RIVER DR
2ND FLR
GARFIELD, NJ 07026-3353

INVOICE# 2873, VU.O.# 56.00

[X] PPA Applies to this Pmt [ ] Final Payment [ ] Prior Year Adjustment    Invoice Recd/Acceptance Date: 08/13/2008

**Contractor Certification**

I hereby certify, to the best of my knowledge and belief, that -
(a) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;
(b) The current payment shown herein is now due and has not been previously paid;
(c) If this is a one time payment, subcontractors or suppliers will be paid within 30 calendar days after receipt of this payment, or
(d) If this is not a one-time payment, payments to subcontractors and suppliers have been made from previous payments for payment, timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 title 31, United States Code; and
(e) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.
The Penalty for making a false statement is prescribed by 18 USC 1001.

By: _____
Title: President                Date: 8/8/08

**Contracting Officer Name and Signature**    Date Signed

DANE WEIR
Approving Official Title, Address and Phone Number (201) 714-5447

MDR, DESIGN & CONSTRUCTION
NEW YORK FAC. SERVICE OFC
2 HUDSON PLACE - 5TH. F
HOBOKEN, NJ 07030-5502

**Architect-Engineer or CM Representative**

For Construction Contracts; In accordance with the contract and the Request for Payment, the Contractor is entitled to payment in the amount shown above.

By: _____    Date Signed
                                        8/11/08
A-E or CM Representative Title, Company, Address
FRANCIS PIERRE
SR. PROJECT MANAGER
ATC ASSOCIATES INC.
104 E 25TH STREET
NEW YORK, NY 10010

Design/Construction Management Representative

Recommended For Payment
_____    Date: 8/13/08

Prepared By

LOUIS SANCHEZ
(201) 217-2224
Contact  Phone: (201) 217-2224
LOUIS SANCHEZ
NEW YORK FACILITIES SERVICE OFFICE
2 HUDSON PLACE - 5TH FL.
HOBOKEN, NJ 07030-5502

PS Form 4211B, eFMS, July 2004

CONTRACTING UNIT



ASSOCIATES INC.
ENVIRONMENTAL, GEOTECHNICAL AND MATERIAL PROFESSIONALS
104 East 25th Street • 8th Floor
New York, NY 10010-2917
Phone (212) 353-8280 • FAX (212) 979-8447

# LETTER OF TRANSMITTAL

| To: | U.S. Postal Service | From: | Francis Pierre |
|---|---|---|---|
| | Westchester P&DC | Date: | 8/11/08 |
| | 1000 Westchester Avenue | Re: | USEUS Invoice – Lead |
| | White Plains, NY 10610-9991 | | Abatement @ Poughkeepsie |
| | | | Station |
| | | Job No: | ATC 's # 15-75192-0320 |
| Attn: | Mr. Louis Sanchez | Copy: | |

**We are sending you** ___ Attached ___ Under separate cover via _____ the following items:
___ Change order ___ Plans ___ Samples ___ Shop drawings ___ Specifications
___ Copy of letter ___ Prints _X_ Other Invoice

| Copies | Date | Job No. | Description |
|---|---|---|---|
| 1 | 8/11/08 | | USEUS Invoice for lead abatement @ Poughkeepsie Station |
| 1 | 5/27/08 | | 4211B |
| 1 | 5/22/08 | | Work Order # 56.00 |
| 4 | 7/20/08 - 8/03/08 | | Certified payroll |
| 1 | 8/08/08 | | Contractor's affidavit of payment |
| 1 | 8/08/08 | | Contractor's Release Form |
| 5 | 7/16/08 | | OSHA Blood lead Samples |

## These are transmitted as checked below:

_X_ Approved as submitted ___ For bids use ___ Return ___ corrected prints
___ Approved as noted ___ For your use ___ Resubmit ___ copies for approval
___ As requested ___ Return for corrections ___ Submit ___ copies for distribution
___ For review and comment ___ Other _____

**Comments:** The attached documents have been reviewed and verified by ATC for payment.

**Signed:** Francis A. Pierre

If enclosed are not as noted, kindly notify ATC at once (212) 353-8280.

0000178

5



# UNITED STATES ENVIRONMENTAL UNIVERSAL SERVICES, INC.

## Invoice

2885

Bill To: United States Postal Service
Westchester P&D Center
1000 Westchester Avenue
White Plains, NY 10610-9991

### Project Location

Poughkeepsie Station
55 Mansion St
Poughkeepsie, NY 12601

Attn: Louis Sanchez

| USEUS Job No. | Start Date | End Date | Date Invoice | Contract Number | Terms | W.O. Number |
|---|---|---|---|---|---|---|
| 08-044L | 08/09/08 | 08/31/08 | 9/5/2008 | 332495-04-B-0055 | Upon Receipt | 56 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 0.2 | Mobilization on Projects, Work Area Isolation | 975.00 | 195.00 |
| 0.2 | Work Plan | 65.00 | 13.00 |
| 35,984.4 | Measurement: Per/SF Floor Area, Elevated Work Surfaces - Fixed Scaffolding | 0.65 | 23,389.86 |
| 4.8 | Elevated Work Surfaces - Motorized Scaffolding | 321.75 | 1,544.40 |
| 99,414.2 | Cleaning of Surfaces - HEPA Vacuum | 0.065 | 6,461.92 |
| 1.2 | Decontamination System, 2' x 4' @ 16' O.C., 5/8" Plywood Each Side | 227.50 | 273.00 |
| 6,493.4 | Install and Remove Temporary Partition with 2' x 4' @ 16' O.C. Studs and Plastic Sheeting | 0.91 | 5,908.99 |
| 23,541.2 | Masking and Sealing Surfaces, Each Layer, 6-Mil Poly Sheeting | 0.3575 | 8,415.98 |
| 2.4 | Roll-Off Container, Enclosed 20 CY Capacity | 130.00 | 312.00 |
| 0.2 | Site Visit | 97.50 | 19.50 |
| 39,268 | Abate Lead-Based Paint by Chemical Stripping of Painted Surface - Strip Miscellaneous Surfaces | 0.715 | 28,076.62 |
| 16,627.4 | Paint Removal by Heat Gun - Strip Miscellaneous Surfaces | 0.65 | 10,807.81 |
| 33,256.8 | Paint new materials and repaired surfaces (per coat) | 0.3575 | 11,889.31 |
| 5.8 | Disposal of Project Waste - Non-Hazardous - 20 Cubic Yard Roll-Off | 243.75 | 1,413.75 |
| 2 | Disposal of Project Waste - Hazardous - Quality Assurance Lab Fee for Waste Characterization | 48.75 | 97.50 |

| | Total | $98,818.64 |
|---|---|---|

THANK YOU

*WE ACCEPT CREDIT CARD PAYMENTS!* 

365 RIVER DRIVE, GARFIELD, NEW JERSEY 07026 · TEL: 973-478-5755 · FAX: 973-478-5551
E-MAIL: central@useusonline.com · WEBSITE: www.useusonline.com

0000181

6

 **UNITED STATES POSTAL SERVICE®**

**CONTRACTOR'S AFFIDAVIT OF PAYMENT OF DEBTS AND CLAIMS**

| TO:<br>United States Postal Service<br>New York Facilities Service Office<br>2 Hudson Place – 5TH Floor<br>Hoboken, NJ 07030 | FROM:<br>U.S. Environmental Universal Service, Inc.<br>365 River Drive<br>Garfield, NJ 07026 |
|---|---|
| PROJECT:<br>FMS Project No: A41237<br>Poughkeepsie Station<br>55 Mansion St<br>Poughkeepsie, NY 12601 | **Construction Contract No.**<br>332495-04-B-0055<br><br>**Project Authorization No.**<br>6-4A-356800-C-553 |

The Undersigned, pursuant to the terms of the above identified Contract of Construction, hereby certifies that except, as listed below, he has paid in full or has otherwise satisfied all obligations for all materials and equipment furnished, for all work, labor and services performed, and or all known indebtedness and claims against the Contractor for damages arising in any manner in connection with the performance of the Contractor referenced above for which United States Postal Service or their property might in any way be held responsible.

EXCEPTIONS: (If non, write "NONE")

None


**Name** ___Roque Schipilliti___   **Title** ___President___   **Signature** _____

**Date** ___9/5/08___

Subscribed and sworn to before me this ___5th___ day of ___Sep___, 200_8_.

Notary Public _____   My commission expires: _____

**WILFREDO BAEZ**
**NOTARY PUBLIC OF NEW JERSEY**
**MY COMMISSION EXPIRES OCT. 20, 2009**

<FMS> Contractors Affidavit of Payment of Debts and Claims    NYFSO Form 125A 3/04

0000182

7

| **UNITED STATES POSTAL SERVICE** | **CONTRACTOR'S RELEASE** |
|---|---|

| TO: | FROM: |
|---|---|
| United States Postal Service<br>New York Facilities Service Office<br>2 Hudson Place – 5TH Floor<br>Hoboken, NJ 07030 | U.S. Environmental Universal Service, Inc.<br>365 River Drive<br>Garfield, NJ 07026 |

| PROJECT: | **Construction Contract No.** |
|---|---|
| FMS Project No: A41237<br>Poughkeepsie Station | 332495-04-B-0055 |
| 55 Mansion St<br>Poughkeepsie, NY 12601 | **Project Authorization No.**<br>6-4A-356800-C-553 |

Pursuant to the terns of __United States Postal Service__ and in consideration of the sum of __Ninety Eight Thousand Eight Hundred Eighteen and Sixty Four Cents,__ which has been or is to be paid under the said contractor to __United States Environmental Universal Service, Inc (U.S.E.U.S.)__ (hereinafter called the contractor) or its assignees, if any, the contractor, upon payment of the said sum by the UNITED SATES POSTAL SERVICE, (hereinafter called the Postal Service), does remise, release and discharge the Postal Service, its officer, agents and employees, of and form all liabilities, obligations, claims, and demands whatsoever under or arising from the said contract except:

1. Specified claims in stated amounts, or in estimated amounts where the amounts are not susceptible of exact statement by the Contractor, as follows:

2. Claims, together with reasonable expenses incidental thereto, based upon the liabilities of the Contractor to third parties arising out of the performance of the said contractor, which are not known to the contractor o the date of execution of this release and of which the contractor gives notice in writing to the Contracting Officer within the period specified in the said contract.

3. Claims for reimbursement of costs (other than expenses of the Contractor by reason of its indemnifications of the Postal Service against patent liability), including reasonable expenses incidental thereto, incurred by the Contractor under the provision of the said contract relating to patents.

The Contractor agrees, in connection with patent matters and with claims which are not release as set forth above, that it will comply with all of the provisions of the said contract, including without limitation those provisions relating to notifications of the Contracting Officer and relating to the defense or prosecution of litigation.

IN WITNESS WHEREOF, this release has been executed this ____5th____ day of __September, 2008__ .

__U.S.E.U.S. Inc__

Name of Contractor

By ____ROQUE SCHIPILLITI____

Title _____President_____

CERTIFICATE

I, ____ROQUE SCHIPILLITI__ certify that I am the ____President____ , of the corporation named as Contractor in the foregoing release; that __ROQUE SCHIPILLITI__, who signed said release on behalf of the Contractor was then ____President____ , of said corporation; that said release was duly signed for and in behalf of said corporation by authority of its governing body and is within the scope of its corporate powers.

(CORPORATE SEAL) 3.30

0000183
8

04-B-0055

| UNITED STATES POSTAL SERVICE® | Facility and Fixed Mechanization Project Contract Payment Authorization | 4211B | |
|---|---|---|---|
| | | Date 10/22/08 ~~OCT 17 2008~~ | Control Number A09 0293 |

| Installation Name | POUGHKEEPSIE - MAIN OFFICE (356800-G01) |
|---|---|
| | POUGHKEEPSIE, NY 12601-9998 |

Description of Work  restore bell tower
LBP Abatement and Restoration of Bell Tower

| Project Authorization No. 6-4A-356800-C-553 | Contract No. 332495-04-B-0055 | Change Code 002 | B/A Finance Number 670216 | Project No. A41237 |
|---|---|---|---|---|

| Item Description | Account Number | Index Code | Payment Amount (From Summary Line 8) |
|---|---|---|---|
| R&A Bldg Constr (5BC) | 86125 | 5BC | $ 98,818.64 |

**Progress Payment Summary**

| | | |
|---|---|---|
| 1 Initial Contract Amount | $ | 496,270.72 |
| 2 Approved Change Amount | $ | ~~496,270.72~~ |
| 3 Total Contract Amt to Date (Lines 1+2) | $ | 496,270.72 ~~-092,541.44~~ |
| 4 Value of Work Completed to Date (Attach supporting data-ino value of material received this period. Attach invoices) | $ | 296,033.99 |
| 5 Amount of Retainage | $ | 0 |
| 6 Sub Total | $ | 296,033.99 |
| 7 Previous Payment Amount | $ | 197,215.35 |
| 8 Amount of this Payment | $ | 98,818.64 |

Payee Name and Address:
U S ENVIRONMENTAL UNIVERSAL INC
385 RIVER DR
2ND FLR
GARFIELD, NJ 07026-3353

| [X] PPA Applies to this Pmt | ☐ Final Payment | ☐ Prior Year Adjustment | Invoice Recd/Acceptance Date: |
|---|---|---|---|

**Contractor Certification**

I hereby certify, to the best of my knowledge and belief, that -
(a) The amounts recuested are only for performance in accordance with the specifications, terms, and conditions of the contract;
(b) The current payment shown herein is now due and has not been previously paid;
(c) If this is a one time payment, subcontractors or suppliers will be paid within 30 calendar days after receipt of this payment, or
(d) If this is not a one-time payment, payments to subcontractors and suppliers have been made from previous payments for payment, timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 title 31, United States Code; and
(e) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.
The Penalty for making a false statement is prescribed by 18 USC 1001.

By _GaucsolalM_  Date: 09/05/08

President
Contracting Officer Name and Signature

ROBERT BUONGIOVANNI  Date Signed 11·3·08

Approving Official Title, Address and Phone Number (201) 714-5451
ARCHITECT ENGR

NEW YORK FAC SERVICE OFC
2 HUDSON PLACE - 5TH. F
HOBOKEN, NJ 07030-5502

**Architect-Engineer or CM Representative**

For Construction Contracts: In accordance with the contract and the Request for Payment, the Contractor is entitled to payment in the amount shown above

By _Francis A. Tim_  Date Signed 10/17/08

A-E or CM Representative Title, Company, Address
FRANCIS PIERRE — Sr Project Mgr.
ATC ASSOCIATES INC
104 E 25th STREET
NEW YORK, NY 15010

Design/Construction Management Representative

Recommended For Payment _U. Dunley_  Date 10/21/08

Prepared By
LOUIS SANCHEZ
(201) 217-2224

Contact  Phone: (201) 217-2224
LOUIS SANCHEZ

NEW YORK FACILITIES SERVICE OFFICE
2 HUDSON PLACE - 5TH FL
HOBOKEN, NJ 07030-5502

PS Form 4211B, eFMS, July 2004



# LETTER OF TRANSMITTAL

ASSOCIATES INC.

ENVIRONMENTAL, GEOTECHNICAL AND MATERIAL PROFESSIONALS
104 East 25ᵗʰ Street • 8ᵗʰ Floor
New York, NY 10010-2917
Phone (212) 353-8280 • FAX (212) 979-8447

| To: | U.S. Postal Service | From: | Francis Pierre |
|---|---|---|---|
| | Westchester P&DC | Date: | 10/17/08 |
| | 1000 Westchester Avenue | Re: | USEUS Invoice – Lead Abatement @ Poughkeepsie Station |
| | White Plains, NY 10610-9991 | | |
| | | Job No: | ATC 's # 15-75192-0320 |
| Attn: | Mr. Louis Sanchez | Copy: | |

**We are sending you** ___ Attached ___ Under separate cover via _____ the following items:
___ Change order ___ Plans ___ Samples ___ Shop drawings ___ Specifications
___ Copy of letter ___ Prints _X_ Other  Invoice

| Copies | Date | Job No. | Description |
|---|---|---|---|
| 1 | 9/05/08 | | USEUS Invoice in the amount of $98,818.64 for lead abatement @ Poughkeepsie Station |
| 1 | 5/27/08 | | 4211B |
| 1 | 5/22/08 | | Work Order # 56.00 |
| 4 | 8/10/08 - 8/31/08 | | Certified payroll |
| 1 | 9/05/08 | | Contractor's affidavit of payment |
| 1 | 9/05/08 | | Contractor's Release Form |
| 5 | 8/25/08 | | TCLP samples( all less than 5 ppm or 5 mg/L) |

**These are transmitted as checked below:**
_x_ Approved as submitted ___ For bids use ___ Return ___ corrected prints
___ Approved as noted ___ For your use ___ Resubmit ___ copies for approval
___ As requested ___ Return for corrections ___ Submit ___ copies for distribution
___ For review and comment ___ Other _____

**Comments:** The attached documents have been reviewed and verified by ATC for payment

**Signed:** _____

10

If enclosed are not as noted, kindly notify ATC at once (212) 353-8280



# UNITED STATES ENVIRONMENTAL UNIVERSAL SERVICES, INC.

## Invoice

2922

Bill To: United States Postal Service
Westchester P&D Center
1000 Westchester Avenue
White Plains, NY 10610-9991

### Project Location

Poughkeepsie Station
55 Mansion St
Poughkeepsie, NY 12601

Attn: Louis Sanchez

| USEUS Job No. | Start Date | End Date | Date Invoice | Contract Number | Terms | W.O. Number |
|---|---|---|---|---|---|---|
| 08-044L | 09/01/2008 | 08/14/2009 | 8/14/2009 | 332495-04-B-0055 | Upon Receipt | 56 |

| QUANTITY | Current % | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 0.1 | 10.00% | Mobilization on Projects. Work Area Isolation | 975.00 | 97.50 |
| 0.1 | 10.00% | Work Plan | 65.00 | 6.50 |
| 26,988.3 | 15.00% | Measurement: Per/SF Floor Area. Elevated Work Surfaces - Fixed Scaffolding | 0.65 | 17,542.40 |
| 3.6 | 15.00% | Elevated Work Surfaces - Motorized Scaffolding | 321.75 | 1,158.30 |
| 49,707.1 | 10.00% | Cleaning of Surfaces - HEPA Vacuum | 0.065 | 3,230.96 |
| 0.6 | 10.00% | Decontamination System, 2' x 4' @ 16' O.C., 5/8' Plywood Each Side | 227.50 | 136.50 |
| 1,623.35 | 5.00% | Install and Remove Temporary Partition with 2' x 4' @ 16' O.C. Studs and Plastic Sheeting | 0.91 | 1,477.25 |
| 5,885.3 | 5.00% | Masking and Sealing Surfaces, Each Layer, 6-Mil Poly Sheeting | 0.3575 | 2,104.00 |
| 0.6 | 5.00% | Roll-Off Container. Enclosed 20 CY Capacity | 130.00 | 78.00 |
| 0.05 | 5.01% | Site Visit | 97.50 | 4.88 |
| 9,817 | 5.00% | Abate Lead-Based Paint by Chemical Stripping of Painted Surface - Strip Miscellaneous Surfaces | 0.715 | 7,019.16 |
| 4,156.85 | 5.00% | Paint Removal by Heat Gun - Strip Miscellaneous Surfaces | 0.65 | 2,701.95 |
| 8,314.2 | 5.00% | Paint new materials and repaired surfaces (per coat) | 0.3575 | 2,972.33 |
| | | **Total** | | **$38,529.73** |

THANK YOU

*WE ACCEPT CREDIT CARD PAYMENTS!* 

365 RIVER DRIVE, GARFIELD, NEW JERSEY 07026 · TEL: 973-478-5755 · FAX: 973-478-5551
E-MAIL: central@useusonline.com · WEBSITE: www.useusonline.com

0000155

| **UNITED STATES POSTAL SERVICE®** | **CONTRACTOR'S AFFIDAVIT OF PAYMENT OF DEBTS AND CLAIMS** |
|---|---|
| **TO:**<br>United States Postal Service<br>New York Facilities Service Office<br>2 Hudson Place – 5TH Floor<br>Hoboken, NJ 07030 | **FROM:**<br>U.S. Environmental Universal Service, Inc.<br>365 River Drive<br>Garfield, NJ 07026 |
| **PROJECT:**<br>FMS Project No:A41237<br>Poughkeepsie Station<br>55 Mansion St<br>Poughkeepsie, NY 12601 | **Construction Contract No.**<br>332495-04-B-0055<br><br>**Project Authorization No.**<br>6-4A-356800-C-553 |

The Undersigned, pursuant to the terms of the above identified Contract of Construction, hereby certifies that except, as listed below, he has paid in full or has otherwise satisfied all obligations for all materials and equipment furnished, for all work, labor and services performed, and or all known indebtedness and claims against the Contractor for damages arising in any manner in connection with the performance of the Contractor referenced above for which United States Postal Service or their property might in any way be held responsible.

EXCEPTIONS: (If non, write "NONE")

None

**Name** _Roque Schipilliti_  **Title** _President_  **Signature** _____

**Date** _8/14/09_

Subscribed and sworn to before me this _14th_ day of _Aug_, 200_9_.

Notary Public _____ My commission expires: _____

WILFREDO BAEZ
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES OCT. 20, 2009

<FMS> Contractors Affidavit of Payment of Debts and Claims    NYFSO Form 125A 3/04

0000158

12

| TO: | FROM: |
|---|---|
| United States Postal Service | U.S. Environmental Universal Service, Inc. |
| New York Facilities Service Office | 365 River Drive |
| 2 Hudson Place – 5TH Floor | Garfield, NJ 07026 |
| Hoboken, NJ 07030 | |

| PROJECT: | **Construction Contract No.** |
|---|---|
| FMS Project No: A41237 | 332495-04-B-0055 |
| Poughkeepsie Station | |
| 55 Mansion St | **Project Authorization No.** |
| Poughkeepsie, NY 12601 | 6-4A-356800-C-553 |

Pursuant to the terms of __United States Postal Service__ and in consideration of the sum of __Thirty Eight Thousand Five Hundred Twenty Nine and Seventy Three Cents__, which has been or is to be paid under the said contractor to __United States Environmental Universal Service, Inc (U.S.E.U.S.)__ (hereinafter called the contractor) or its assignees, if any, the contractor, upon payment of the said sum by the UNITED SATES POSTAL SERVICE, (hereinafter called the Postal Service), does remise, release and discharge the Postal Service, its officer, agents and employees, of and form all liabilities, obligations, claims, and demands whatsoever under or arising from the said contract except:

1. Specified claims in stated amounts, or in estimated amounts where the amounts are not susceptible of exact statement by the Contractor, as follows:

2. Claims, together with reasonable expenses incidental thereto, based upon the liabilities of the Contractor to third parties arising out of the performance of the said contractor, which are not known to the contractor o the date of execution of this release and of which the contractor gives notice in writing to the Contracting Officer within the period specified in the said contract.

3. Claims for reimbursement of costs (other than expenses of the Contractor by reason of its indemnifications of the Postal Service against patent liability), including reasonable expenses incidental thereto, incurred by the Contractor under the provision of the said contract relating to patents.

The Contractor agrees, in connection with patent matters and with claims which are not release as set forth above, that it will comply with all of the provisions of the said contract, including without limitation those provisions relating to notifications of the Contracting Officer and relating to the defense or prosecution of litigation.

IN WITNESS WHEREOF, this release has been executed this ___14th___ day of __August, 2009__ .

U.S.E.U.S, Inc

Name of Contractor

By ___ROQUE SCHIPILLITI___

Title _____ President

CERTIFICATE

I, ___ROQUE SCHIPILLITI___ certify that I am the ___President___, of the corporation named as Contractor in the foregoing release; that __ROQUE SCHIPILLITI__, who signed said release on behalf of the Contractor was then _____President_____, of said corporation; that said release was duly signed for and in behalf of said corporation by authority of its governing body and is within the scope of its corporate powers.

(CORPORATE SEAL) 3.30

04 B0055

| UNITED STATES POSTAL SERVICE ® | Facility and Fixed Mechanization Project Contract Payment Authorization | | | | 4211B | |
|---|---|---|---|---|---|---|
| | | | | Date 9/10/2009 | | Control Number A092855 |
| Installation Name | POUGHKEEPSIE - MAIN OFFICE (356800-G01) POUGHKEEPSIE, NY 12601-9998 | | | | | |
| Description of Work | restore bell tower LBP Abatement and Restoration of Bell Tower | | | | | |

| Project Authorization No. 5-4A-356800-C-553 | Contract No. 332495-04-B-0055 | | Change Code 003 | | B/A Finance Number 870216 | Project No. A41237 |
|---|---|---|---|---|---|---|

| Item Description | Account Number | Index Code | Payment Amount (From Summary Line 6) | Progress Payment Summary | |
|---|---|---|---|---|---|
| R&A Bldg Constr (5BC) | 86125 | 5BC | $ 38,529.73 | 1 Initial Contract Amount | $ 496,270.72 |
| | | | | 2 Approved Change Amount | $ 496,270.72 |
| | | | | 3 Total Contract Amt to Date (Lines 1+2) | $ 496,270.72 |
| | | | | | $ 992,541.44 |
| | | | | 4 Value of Work Completed to Date (Column supporting documentation value of material received this period, Attach invoices) | $ 334,563.72 |
| | | | | 5 Amount of Retainage | $ 0 |
| Payee Name and Address: U S ENVIRONMENTAL UNIVERSAL INC 365 RIVER DR 2ND FLR GARFIELD, NJ 07026-3353 | | | | 6 Sub Total | $ 334,563.72 |
| | | | | 7 Previous Payment Amount | $ 296,033.99 |
| | | | | 8 Amount of this Payment | $ 38,529.73 |

INVOICE # 2922, W.O. # 56.00

☒ PPA Applies to this Pmt   ☐ Final Payment   ☐ Prior Year Adjustment   Invoice Recd/Acceptance Date: 9/10/2009

**Contractor Certification**

I hereby certify, to the best of my knowledge and belief, that -
(a) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;
(b) The current payment shown herein is now due and has not been previously paid;
(c) If this is a one time payment, subcontractors or suppliers will be paid within 30 calendar days after receipt of this payment, or
(c) If this is not a one-time payment, payments to subcontractors and suppliers have been made from previous payments for payment, timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 title 31, United States Code: and
(e) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.
The Penalty for placing a false statement is prescribed by 18 USC 1001.

By _____ Date: 8/14/09

Title _____ Contracting Officer Name and Signature

ROBERT BUONGIOVANNI

Approving Official Title, Address and Phone Number (201) 714-5451

ARCHITECT ENGR

NEW YORK FAC SERVICE CFC
2 HUDSON PLACE - 5TH F
HOBOKEN, NJ 07030-5502

**Architect-Engineer or CM Representative**

For Construction Contractor, in accordance with the contract and the Request for Payment, the Contractor is entitled to payment in the amount shown above

By _____ Date Signed 9/10/09

A/E or CM Representative Title, Company, Address

Kenneth Irving, Architect P.C.
42 Memorial Plaza, Suite 301
Pleasantville, NY 10570

Design/Construction Management Representative

Recommended For Payment _____ Date

Prepared By

LOUIS SANCHEZ
(201) 217-2224

Date Signed 6.18.09

Contact Phone: (201) 217-2224
LOUIS SANCHEZ

NEW YORK FACILITIES SERVICE OFFICE
2 HUDSON PLACE - 5TH FL.
HOBOKEN, NJ 07030-5502

PS Form 4211B, eFMS, July 2004

0000151

14

# Invoice

2926

Bill To: United States Postal Service
Westchester P&D Center
1000 Westchester Avenue
White Plains, NY 10610-9991

**Project Location**

Poughkeepsie Station
55 Mansion St
Poughkeepsie, NY 12601

Attn: Louis Sanchez

| USEUS Job No. | Start Date | End Date | Date Invoice | Terms | Contract Number | Project # | W.O. Number |
|---|---|---|---|---|---|---|---|
| 08-044L | 08/15/2009 | 10/20/2009 | 10/20/2009 | Upon Receipt | 332495-04-B-0055 | A41237 | 56 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 0.15 | Mobilization on Projects. Work Area Isolation | 975.00 | 146.25 |
| 0.15 | Work Plan | 65.00 | 9.75 |
| 8,996.1 | Measurement: Per/SF Floor Area, Elevated Work Surfaces - Fixed Scaffolding | 0.65 | 5,847.47 |
| 7.2 | Elevated Work Surfaces - Motorized Scaffolding | 321.75 | 2,316.60 |
| 1,623.35 | Install and Remove Temporary Partition with 2' x 4' @ 16' O.C. Studs and Plastic Sheeting | 0.91 | 1,477.25 |
| 5,885.3 | Masking and Sealing Surfaces, Each Layer, 6-Mil Poly Sheeting | 0.3575 | 2,104.00 |
| 3.6 | Roll-Off Container. Enclosed 20 CY Capacity | 130.00 | 468.00 |
| 0.1999 | Site Visit | 97.50 | 19.49 |
| 9,817 | Abate Lead-Based Paint by Chemical Stripping of Painted Surface - Strip Miscellaneous Surfaces | 0.715 | 7,019.16 |
| 4,156.85 | Paint Removal by Heat Gun - Strip Miscellaneous Surfaces | 0.65 | 2,701.95 |
| 16,628.4 | Paint new materials and repaired surfaces (per coat) | 0.3575 | 5,944.65 |
| 2.9 | Disposal of Project Waste - Non-Hazardous - 20 Cubic Yard Roll-Off | 243.75 | 706.88 |
| | **Total** | | **$28,761.45** |

THANK YOU

*WE ACCEPT CREDIT CARD PAYMENTS!*  

0000149

15

| | |
|---|---|
| **TO:**<br>United States Postal Service<br>New York Facilities Service Office<br>2 Hudson Place – 5TH Floor<br>Hoboken, NJ 07030 | **FROM:**<br>U.S. Environmental Universal Service, Inc.<br>365 River Drive<br>Garfield, NJ 07026 |
| **PROJECT:**<br>FMS Project No: A41237<br>Poughkeepsie Station<br>55 Mansion St<br>Poughkeepsie, NY 12601 | **Construction Contract No.**<br>332495-04-B-0055<br><br>**Project Authorization No.**<br>6-4A-356800-C-553 |

Pursuant to the terms of __United States Postal Service__ and in consideration of the sum of __Twenty Eight Thousand Seven Hundred Sixty One and Forty Five Cents,__ which has been or is to be paid under the said contract to __United States Environmental Universal Service, Inc (U.S.E.U.S.)__ (hereinafter called the contractor) or its assignees, if any, the contractor, upon payment of the said sum by the UNITED SATES POSTAL SERVICE, (hereinafter called the Postal Service), does remise, release and discharge the Postal Service, its officer, agents and employees, of and form all liabilities, obligations, claims, and demands whatsoever under or arising from the said contract except:

1. Specified claims in stated amounts, or in estimated amounts where the amounts are not susceptible of exact statement by the Contractor, as follows:

2. Claims, together with reasonable expenses incidental thereto, based upon the liabilities of the Contractor to third parties arising out of the performance of the said contractor, which are not known to the contractor o the date of execution of this release and of which the contractor gives notice in writing to the Contracting Officer within the period specified in the said contract.

3. Claims for reimbursement of costs (other than expenses of the Contractor by reason of its indemnifications of the Postal Service against patent liability), including reasonable expenses incidental thereto, incurred by the Contractor under the provision of the said contract relating to patents.

The Contractor agrees, in connection with patent matters and with claims which are not release as set forth above, that it will comply with all of the provisions of the said contract, including without limitation those provisions relating to notifications of the Contracting Officer and relating to the defense or prosecution of litigation.

IN WITNESS WHEREOF, this release has been executed this ____20$^{b}$____ day of ___October, 2009___.

U.S.E.U.S, Inc
Name of Contractor

By ____ROQUE SCHIPILLITI____

Title _____President_____

CERTIFICATE

I, ____ROQUE SCHIPILLITI____ certify that I am the ____President____, of the corporation named as Contractor in the foregoing release; that __ROQUE SCHIPILLITI__, who signed said release on behalf of the Contractor was then ____President____, of said corporation; that said release was duly signed for and in behalf of said corporation by authority of its governing body and is within the scope of its corporate powers.

(CORPORATE SEAL) 3.30

**UNITED STATES POSTAL SERVICE ®**

Facility and Fixed Mechanization
Project Contract Payment Authorization

**4211B**

Date 10/21/2009 ~~05/27/2005~~  Control Number B00 4836

Installation Name: POUGHKEEPSIE - MAIN OFFICE (356800-G01)
POUGHKEEPSIE, NY 12601-9998

Description of Work: restore bell tower
LBP Abatement and Restoration of Bell Tower

| Project Authorization No. S-4A-356800-C-553 | Contract No. 332495-04-B-0055 | Change Code 004 | | B/A Finance Number 670216 | Project No A41237 |
|---|---|---|---|---|---|

| Item Description | Account Number | Index Code | Payment Amount (From Summary Line 8) |
|---|---|---|---|
| R&A Bldg Constr (SBC) | 86125 | 5BC | #28,761.45 |

**Progress Payment Summary**

| | |
|---|---|
| 1 Initial Contract Amount | $ 496,270.72 |
| 2 Approved Change Amount | $ ~~496,270.72~~ |
| 3 Total Contract Amt to Date (Lines 1+2) | $ 496,270.72 ~~992,541.44~~ |
| 4 Value of Work Completed to Date (Attach supporting data incl value of material received this period. Attach Invoices) | $ 363,325.17 |
| 5 Amount of Retainage | $ 0 |
| 6 Sub Total | $ 363,325.17 |
| 7 Previous Payment Amount | $ 334,563.72 |
| 8 Amount of this Payment | $ 28,761.45 |

Payee Name and Address:
U S ENVIRONMENTAL UNIVERSAL INC
365 RIVER DR
2ND FLR
GARFIELD; NJ 07026-3353

INVOICE # 2926, W.O.# 56.00

☒ PPA Applies to this Pmt   ☐ Final Payment   ☐ Prior Year Adjustment

Invoice Recd/Acceptance Date: 10/21/2009

**Contractor Certification**

I hereby certify, to the best of my knowledge and belief, that -
(a) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;
(b) The current payment shown herein is now due and has not been previously paid;
(c) If this is a one time payment, subcontractors or suppliers will be paid within 30 calendar days after receipt of this payment, or
(d) If this is not a one-time payment, payments to subcontractors and suppliers have been made from previous payments for payment, timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 title 31, United States Code; and
(e) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.
The Penalty for making a false statement is prescribed by 18 USC 1001.

By [signature]   Date: 10/20/09
Title: President
Contracting Officer Name and Signature

ROBERT BUONGIOVANNI   Date Signed 11.3.09

Approving Official Title, Address and Phone Number (201) 714-5437 7411
ARCH-TECT ENGR
TEAM LENDER CONTRACTING OFFICE
~~NEWYORK, FAC~~ SERVICE OFC
~~2 HUDSON PLACE, 5TH FL~~
~~HOBOKEN, NJ 07030-5505~~  80 COUNTY ROAD, 3RD FL.
JERSEY CITY, NJ 07097-9810

**Architect-Engineer or CM Representative**
For Construction Contracts; In accordance with the contract and the Request for Payment, the Contractor is entitled to payment in the amount shown above.

By [signature]   Date Signed 10/20/09
A-E or CM Representative Title, Company, Address

KENNETH Irving Architect P.
42 Memorial Plaza
Pleasantville NY 10570

Design/Construction Management Representative

Recommended For Payment [signature] A. Smithey   Date 10/21/09

Prepared By: LOUIS SANCHEZ
(201) 217-2224   914-647-7073
Contact Phone: ~~(201) 217-2224~~
LOUIS SANCHEZ
~~NEWYORK~~ NE FACILITIES SERVICE OFFICE
~~2 HUDSON PLACE, 5TH FL~~
~~HOBOKEN, NJ 07030-5505~~

PS Form 4211B, eFMS, July 2004

0000147
17



# UNITED STATES ENVIRONMENTAL UNIVERSAL SERVICES, INC.

# Invoice

2929

Bill To:
United States Postal Service
Westchester P&D Center
1000 Westchester Avenue
White Plains, NY 10610-9991

### Project Location

Poughkeepsie Station
55 Mansion St
Poughkeepsie, NY 12601

Attn: Louis Sanchez

| USEUS Job No. | Start Date | End Date | Date Invoice | Terms | Contract Number | Project # | WO Number |
|---|---|---|---|---|---|---|---|
| 08-044L | 10/20/2009 | 11/13/2009 | 11/13/2009 | Upon Receipt | 332495-04-B-0055 | A41237 | 56 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 0.15 | Mobilization on Projects. Work Area Isolation | 975.00 | 146.25 |
| 0.15 | Work Plan | 65.00 | 9.75 |
| 17,992.2 | Measurement: Per/SF Floor Area, Elevated Work Surfaces - Fixed Scaffolding | 0.65 | 11,694.93 |
| 2.4 | Elevated Work Surfaces - Motorized Scaffolding | 321.75 | 772.20 |
| 49,707.1 | Cleaning of Surfaces - HEPA Vacuum | 0.065 | 3,230.96 |
| 1.2 | Decontamination System, 2' x 4' @ 16' O.C., 5/8' Plywood Each Side | 227.50 | 273.00 |
| 6,493.4 | Install and Remove Temporary Partition with 2' x 4' @ 16' O.C. Studs and Plastic Sheeting | 0.91 | 5,908.99 |
| 23,541.2 | Masking and Sealing Surfaces, Each Layer, 6-Mil Poly Sheeting | 0.3575 | 8,415.98 |
| 2.4 | Roll-Off Container. Enclosed 20 CY Capacity | 130.00 | 312.00 |
| 0.1501 | Site Visit | 97.46835 | 14.63 |
| 58,902 | Abate Lead-Based Paint by Chemical Stripping of Painted Surface - Strip Miscellaneous Surfaces | 0.715 | 42,114.93 |
| 24,941.1 | Paint Removal by Heat Gun - Strip Miscellaneous Surfaces | 0.65 | 16,211.72 |
| 108,084.6 | Paint new materials and repaired surfaces (per coat) | 0.3575 | 38,640.24 |
| 11.6 | Disposal of Project Waste - Non-Hazardous - 20 Cubic Yard Roll-Off | 243.74914 | 2,827.49 |
| 10 | Disposal of Project Waste - Hazardous - Solid Waste - 55 Gallon Drum | 104.00 | 1,040.00 |
| 10 | Disposal of Project Waste - Hazardous - Pick-up Fee | 113.75 | 1,137.50 |
| 4 | Disposal of Project Waste - Hazardous - Quality Assurance Lab Fee for Waste Characterization | 48.75 | 195.00 |
| | Subtotal | | 132,945.57 |
| | Related Cost of hire Kenneth Irving Architects to redesign repairs to Bell Tower. | -27,840.88 | -27,840.88 |
| | **Total** | | **$105,104.69** |

THANK YOU

*WE ACCEPT CREDIT CARD PAYMENTS!* 

365 RIVER DRIVE, GARFIELD, NEW JERSEY 07026 · TEL: 973-478-5755 · FAX: 973-478-5551
E-MAIL: central@useusonline.com · WEBSITE: www.useusonline.com

0000143

18

**UNITED STATES POSTAL SERVICE®**

**CONTRACTOR'S RELEASE**

| TO: | FROM: |
|---|---|
| United States Postal Service<br>New York Facilities Service Office<br>2 Hudson Place – 5TH Floor<br>Hoboken, NJ 07030 | U.S. Environmental Universal Service, Inc.<br>365 River Drive<br>Garfield, NJ 07026 |

| PROJECT: | |
|---|---|
| FMS Project No: A41237<br>Poughkeepsie Station | **Construction Contract No.**<br>332495-04-B-0055 |
| 55 Mansion St<br>Poughkeepsie, NY 12601 | **Project Authorization No.**<br>6-4A-356800-C-553 |

Pursuant to the terns of __United States Postal Service__ and in consideration of the sum of __One Hundred Five Thousand One Hundred Four and Sixty Nine Cents,__ which has been or is to be paid under the said contractor to __United States Environmental Universal Service, Inc (U.S.E.U.S.)__ (hereinafter called the contractor) or its assignees, if any, the contractor, upon payment of the said sum by the UNITED SATES POSTAL SERVICE, (hereinafter called the Postal Service), does remise, release and discharge the Postal Service, its officer, agents and employees, of and form all liabilities, obligations, claims, and demands whatsoever under or arising from the said contract except:

1. Specified claims in stated amounts, or in estimated amounts where the amounts are not susceptible of exact statement by the Contractor, as follows:

2. Claims, together with reasonable expenses incidental thereto, based upon the liabilities of the Contractor to third parties arising out of the performance of the said contractor, which are not known to the contractor o the date of execution of this release and of which the contractor gives notice in writing to the Contracting Officer within the period specified in the said contract.

3. Claims for reimbursement of costs (other than expenses of the Contractor by reason of its indemnifications of the Postal Service against patent liability), including reasonable expenses incidental thereto, incurred by the Contractor under the provision of the said contract relating to patents.

The Contractor agrees, in connection with patent matters and with claims which are not release as set forth above, that it will comply with all of the provisions of the said contract, including without limitation those provisions relating to notifications of the Contracting Officer and relating to the defense or prosecution of litigation.

IN WITNESS WHEREOF, this release has been executed this ___13th___ day of ___November, 2009___

_____ U.S.E.U.S, Inc _____
Name of Contractor

By _____ ROQUE SCHIPILLITI

Title _____ President

CERTIFICATE

I. ___ROQUE SCHIPILLITI__ certify that I am the ___President___, of the corporation named as Contractor in the foregoing release; that __ROQUE SCHIPILLITI__, who signed said release on behalf of the Contractor was then _____President___, of said corporation; that said release was duly signed for and in behalf of said corporation by authority of its governing body and is within the scope of its corporate powers.

(CORPORATE SEAL) 3.30

0000145

19

**UNITED STATES POSTAL SERVICE®**

**CONTRACTOR'S AFFIDAVIT OF PAYMENT OF DEBTS AND CLAIMS**

| | |
|---|---|
| **TO:**<br>United States Postal Service<br>New York Facilities Service Office<br>2 Hudson Place – 5TH Floor<br>Hoboken, NJ 07030 | **FROM:**<br>U.S. Environmental Universal Service, Inc.<br>365 River Drive<br>Garfield, NJ 07026 |
| **PROJECT:**<br>FMS Project No: A41237<br>Poughkeepsie Station<br>55 Mansion St<br>Poughkeepsie, NY 12601 | **Construction Contract No.**<br>332495-04-B-0055<br><br>**Project Authorization No.**<br>6-4A-356800-C-553 |

The Undersigned, pursuant to the terms of the above identified Contract of Construction, hereby certifies that except, as listed below, he has paid in full or has otherwise satisfied all obligations for all materials and equipment furnished, for all work, labor and services performed, and or all known indebtedness and claims against the Contractor for damages arising in any manner in connection with the performance of the Contractor referenced above for which United States Postal Service or their property might in any way be held responsible.

EXCEPTIONS: (If non, write "NONE")

None

**Name** _Roque Schipilliti_ **Title** _President_ **Signature** _[signature]_

**Date** _11/17/09_

Subscribed and sworn to before me this _17_ day of _November_ . 2009 .

_[signature]_ Notary Public

My commission expires: _My Commission Expires Nov. 7, 2011_

ROSEMARIE YAVERIAN
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Nov. 7, 2011

04B0055

| **UNITED STATES POSTAL SERVICE ™** | Facility and Fixed Mechanization Project Contract Payment Authorization | | | 4211B | |
|---|---|---|---|---|---|
| | | | | Date 12/11/2009 ~~06/27/2008~~ | Control Number 13005704 |

Installation Name  POUGHKEEPSIE - MAIN OFFICE (356800-G01)
POUGHKEEPSIE, NY 12601-9998

Description of Work  restore bell tower
LBP Abatement and Restoration of Bell Tower

| Project Authorization No. 6-4A-356800-C-553 | Contract No. 332495-04-B-0055 | | Change Code 005 | | B/A Finance Number 670216 | Project No. A41237 |
|---|---|---|---|---|---|---|

| Item Description | Account Number | Index Code | Payment Amount (From Summary Line 8) | Progress Payment Summary | |
|---|---|---|---|---|---|
| R&A Bldg Constr (5BC) | 86125 | 5BC | # 105,104.69 | 1 Initial Contract Amount | $ 496,270.72 |
| | | | | 2 Approved Change Amount | $ ~~496,270.72~~ —0— |
| | | | | 3 Total Contract Amt to Date (Lines 1+2) | $ 496,270.72 ~~562,541.44~~ |
| | | | | 4 Value of Work Completed to Date (Attach supporting data incl. value of material received this period. Attach invoices) | $ 496,270.72 |
| | | | | 5 Amount of Retainage | $ 27,840.88 |
| | Payee Name and Address: | | | 6 Sub Total | $ 468,429.84 |
| U S ENVIRONMENTAL UNIVERSAL INC 365 RIVER DR 2ND FLR GARFIELD, NJ 07026-3353 | | | | 7 Previous Payment Amount | $ 363,325.15 |
| | | | | 8 Amount of this Payment | $ 105,104.69 |

INVOICE # 2429, W.O. # 56.00

[X] PPA Applies to this Pmt  [ ] Final Payment  [ ] Prior Year Adjustment  Invoice Recd/Acceptance Date: 12/11/2009

**Contractor Certification**

I hereby certify, to the best of my knowledge and belief, that -
(a) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;
(b) No payment shown herein is now due and has not been previously paid;
(c) If this is a one time payment, subcontractors or suppliers will be paid within 30 calendar days after receipt of this payment, or
(d) If this is not a one-time payment, payments to subcontractors and suppliers have been made from previous payments for payment, timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 title 31, United States Code; and
(e) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.
The Penalty for making a false statement is prescribed by 18 USC 1001.

By: _signature_  Date: 11/13/09
Title: President

Contracting Officer Name and Signature  _signature_
ROBERT BUCKLEY/ANNI  Date Signed 12.21.09
Approving Official Title, Address and Phone Number (201) 714-~~5454~~ 7411
~~ARCHITECT-ENGR~~ TEAM LEADER CONTRACTING OFFICER
80 County Road, 3rd Floor
Jersey City, NJ 07097-9800

**Architect-Engineer or CM Representative**

For Construction Contracts: In accordance with the contract and the Request for Payment, the Contractor is entitled to payment in the amount shown above

By _signature_  Date Signed 12/9/09

A-E or CM Representative Title, Company, Address

Kenneth Irving, Architect P.C.
42 Memorial Plaza, Suite 301
Pleasantville, NY 10570

Design/Construction Management Representative
Recommended For Payment _signature_ Arm U. Toncher  Date 12/11/09

Prepared By
LOUIS SANCHEZ
~~(201) 217-2224~~  914-697-7073
Contact  Phone: ~~(201) 217-2224~~
LOUIS SANCHEZ
80 County Road, 3rd Floor
Jersey City, NJ 07097-9800

PS Form 4211B, eFMS, July 2004

0000141
21