# EXHIBIT 20

| | | |
|---|---|---|
| ≡ UNITED STATES POSTAL SERVICE ® | Facility and Fixed Mechanization Project Contract Commitment Order | **4211** |
| | | Date 01/07/2010 — Control Number B004933 |

Installation Name  POUGHKEEPSIE - MAIN OFFICE (356800-G01)
POUGHKEEPSIE, NY 12601-9998

Description of Work  restore bell tower
NEGATIVE WORK ORDER

| Project Authorization No. | Contract No. | Change Code | B/A Finance Number | Project No. |
|---|---|---|---|---|
| 6-4A-356800-C-553 | 332495-04-B-0055 | 001 | 670215 | A41237 |

| Item Description | Account Number | Index Code | Additional Amt Committed | Previous Amt Committed | Total Committed To Date |
|---|---|---|---|---|---|
| R&A Bldg Constr (5BC) | 86125 | 5BC | ($27,840.86) | $496,270.72 | $468,429.86 |
| | | Total: | ($27,840.86) | $496,270.72 | $468,429.86 |

| Contractor Name and Address: | Contract Type | Contract Start Date |
|---|---|---|
| U S ENVIRONMENTAL UNIVERSAL INC<br>365 RIVER DR, 2ND FLR<br>GARFIELD<br>NJ 07026-3353 | X IQ Construction | 12/11/2009 |
| | Contract End Date<br>12/12/2009 | Days Allowed for Payment by Prompt Payment Act  14 |

| Payee Name and Address: | Contractor's Taxpayer ID No. | |
|---|---|---|
| U S ENVIRONMENTAL UNIVERSAL INC<br>365 RIVER DR, 2ND FLR<br>GARFIELD<br>NJ 07026-3353 | 22-2990739 | ☐ Contractor Address Change<br>☐ Parent Co. Pays Tax<br>☒ Small Business<br>☒ Minority Bus. Enterprise<br>☐ Women-owned Business<br>☐ Labor Surplus Area<br>☐ Educ/Non-Profit |
| | Parent Company Taxpayer ID No.<br>N/A | |

Remarks
Work Order No: 56.01

| Contracting Officer Name and Signature | Date Signed | Prepared By |
|---|---|---|
| *[signature]* ROBERT BUONGIOVANNI | 01/07/2010 | LORI E. SAVAGE<br>(201) 714-7218 |
| Approving Official, Title, Address and Phone Number (201) 714-7411 | | Contact  Phone: (914) 697-7073 |
| TEAM LEADER/CONTRACTING OFFICER<br>80 COUNTY ROAD 3RD FL<br>JERSEY CITY, NJ 07097-9800 | | LOUIS SANCHEZ<br>80 COUNTY RD. 3RD FLOOR<br>JERSEY CITY, NJ 07097-9800 |

PS Form 4211, eFMSWIN, July 2004

0000135