# EXHIBIT 5

# Indefinite Quantity Contract/Construction

| Contract Number | Manager | Renewal Option | Work Order Number | Date |
|---|---|---|---|---|
| 332495-04-B-0055 | LOUIS SANCHEZ | 3rd Renewal Option | 56 | 05/22/2008 |

| Work Description | Facility Location |
|---|---|
| Bell Tower LBP Abatement & Restoration | POUGHKEEPSIE, NY - MAIN OFFICE |

| Project Authorization Number | Project Number | Start Date | Performance Time |
|---|---|---|---|
| 6-4A-356800-C-553 | A41237 | 05/22/2008 | 30 days |

| Contractor | U.S. Postal Service |
|---|---|
| U S ENVIRONMENTAL UNIVERSAL INC | NEW YORK FAC. SERVICE OFC |
| 365 RIVER DR | 2 HUDSON PLACE - 5TH. F |
| GARFIELD, NJ 07026-3353 | HOBOKEN, NJ 07030-5502 |
| Phone: 973-478-5755   Fax: 973-478-5551 | |

| Consultant Name | Phone: 973-478-5755 |
|---|---|
| Robert Fredericks | |

| Authorized Signature | Date | Contracting Officer | Date |
|---|---|---|---|
| [signature] | 05/23/08 | [signature] ROBERT BUONGIOVANNI | 6·25·08 |

Attachments:

Summary of this Work Order:
- Default Multiplier: 0.65
- Total Miscellaneous: $ 0.00
- Total Other Expenses: $ 0.00
- Total Items Cost: $ 496,270.72
- Total Travel Cost: $ 0.00
- Work Order Total for 56: $ 496,270.72

Work Order History:

Scope of Work:

Environmental abatement contractor shall provide all labor, materials and equipment to abate LBP and restore bell tower as per drawings and specifications (T-1, G-1, A-1, A-2, A-3) dated 6/29/07, provided by Kenneth Irving Architect, PC., and "Lead Based Paint Abatement Procedures," dated September 24, 2007, provided by ATC Associates, Inc.

IQCCMAIN, October 1995

0000162