# EXHIBIT 19



# UNITED STATES ENVIRONMENTAL UNIVERSAL SERVICES, INC.

## Invoice

2873

Bill To: United States Postal Service
Westchester P&D Center
1000 Westchester Avenue
White Plains, NY 10610-9991

**Project Location**

Poughkeepsie Station
55 Mansion St
Poughkeepsie, NY 12601

Attn: Louis Sanchez

| USEUS Job No. | Start Date | End Date | Date Invoice | Contract Number | Terms | W.O. Number |
|---|---|---|---|---|---|---|
| 08-0441 | 07/17/08 | 08/08/08 | 8/8/2008 | 332495-04-B-0055 | Upon Receipt | 56 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 0.4 | Mobilization on Projects. Work Area Isolation | 975.00 | 390.00 |
| 0.4 | Work Plan | 65.00 | 26.00 |
| 89,961 | Measurement: Per/SF Floor Area, Elevated Work Surfaces - Fixed Scaffolding | 0.65 | 58,474.65 |
| 6 | Elevated Work Surfaces - Motorized Scaffolding | 321.75 | 1,930.50 |
| 298,242.6 | Cleaning of Surfaces - HEPA Vacuum | 0.065 | 19,385.77 |
| 3 | Decontamination System, 2' x 4' @ 16' O.C., 5/8" Plywood Each Side | 227.50 | 682.50 |
| 16,233.5 | Install and Remove Temporary Partition with 2' x 4' @ 16' O.C. Studs and Plastic Sheeting | 0.91 | 14,772.49 |
| 58,853 | Masking and Sealing Surfaces, Each Layer, 6-Mil Poly Sheeting | 0.3575 | 21,039.95 |
| 3 | Roll-Off Container. Enclosed 20 CY Capacity | 130.00 | 390.00 |
| 0.4 | Site Visit | 97.50 | 39.00 |
| 78.536 | Abate Lead-Based Paint by Chemical Stripping of Painted Surface - Strip Miscellaneous Surfaces | 0.715 | 56,153.24 |
| 33,254.8 | Paint Removal by Heat Gun - Strip Miscellaneous Surfaces | 0.65 | 21,615.62 |
| 8.7 | Disposal of Project Waste - Non-Hazardous - 20 Cubic Yard Roll-Off | 243.75 | 2,120.63 |
| 4 | Disposal of Project Waste - Hazardous - Quality Assurance Lab Fee for Waste Characterization | 48.75 | 195.00 |
| | **Total** | | **$197,215.35** |

THANK YOU

*WE ACCEPT CREDIT CARD PAYMENTS!*



365 RIVER DRIVE, GARFIELD, NEW JERSEY 07026 · TEL: 973-478-5755 · FAX: 973-478-5551
E-MAIL: central@useusonline.com · WEBSITE: www.useusonline.com

0000161

1

| **UNITED STATES POSTAL SERVICE®** | **CONTRACTOR'S AFFIDAVIT OF PAYMENT OF DEBTS AND CLAIMS** |
|---|---|

| **TO:** | **FROM:** |
|---|---|
| United States Postal Service<br>New York Facilities Service Office<br>2 Hudson Place – 5TH Floor<br>Hoboken, NJ 07030 | U.S. Environmental Universal Service, Inc.<br>365 River Drive<br>Garfield, NJ 07026 |

| **PROJECT:**<br>FMS Project No: A41237<br>Poughkeepsie Station<br>55 Mansion St<br>Poughkeepsie, NY 12601 | **Construction Contract No.**<br>332495-04-B-0055 |
|---|---|
| | **Project Authorization No.**<br>6-4A-356800-C-553 |

The Undersigned, pursuant to the terms of the above identified Contract of Construction, hereby certifies that except, as listed below, he has paid in full or has otherwise satisfied all obligations for all materials and equipment furnished, for all work, labor and services performed, and or all known indebtedness and claims against the Contractor for damages arising in any manner in connection with the performance of the Contractor referenced above for which United States Postal Service or their property might in any way be held responsible.

EXCEPTIONS: (If non, write "NONE")

None

Name    Roque Schipilliti    Title    President    Signature _____

Date    08/08/08

Subscribed and sworn to before me this ____8____ day of ____Acy____, 200_8_.

Notary Public _____    My commission expires: _____

**WILFREDO BAEZ**
**NOTARY PUBLIC OF NEW JERSEY**
**MY COMMISSION EXPIRES OCT. 20, 2009**

0000171

2

| TO: | FROM: |
|---|---|
| United States Postal Service | U.S. Environmental Universal Service, Inc. |
| New York Facilities Service Office | 365 River Drive |
| 2 Hudson Place – 5TH Floor | Garfield, NJ 07026 |
| Hoboken, NJ 07030 | |

| PROJECT: | Construction Contract No. |
|---|---|
| FMS Project No: A41237 | 332495-04-B-0055 |
| Poughkeepsie Station | |
| 55 Mansion St | Project Authorization No. |
| Poughkeepsie, NY 12601 | 6-4A-356800-C-553 |

Pursuant to the terms of __United States Postal Service__ and in consideration of the sum of **One Hundred Ninety Seven Thousand Two Hundred Fifteen and Thirty Five Cents,** which has been or is to be paid under the said contractor to **United States Environmental Universal Service, Inc (U.S.E.U.S.)** (hereinafter called the contractor) or its assignees, if any, the contractor, upon payment of the said sum by the UNITED SATES POSTAL SERVICE, (hereinafter called the Postal Service), does remise, release and discharge the Postal Service, its officer, agents and employees, of and form all liabilities, obligations, claims, and demands whatsoever under or arising from the said contract except:

1. Specified claims in stated amounts, or in estimated amounts where the amounts are not susceptible of exact statement by the Contractor, as follows:

2. Claims, together with reasonable expenses incidental thereto, based upon the liabilities of the Contractor to third parties arising out of the performance of the said contractor, which are not known to the contractor o the date of execution of this release and of which the contractor gives notice in writing to the Contracting Officer within the period specified in the said contract.

3. Claims for reimbursement of costs (other than expenses of the Contractor by reason of its indemnifications of the Postal Service against patent liability), including reasonable expenses incidental thereto, incurred by the Contractor under the provision of the said contract relating to patents.

The Contractor agrees, in connection with patent matters and with claims which are not release as set forth above, that it will comply with all of the provisions of the said contract, including without limitation those provisions relating to notifications of the Contracting Officer and relating to the defense or prosecution of litigation.

IN WITNESS WHEREOF, this release has been executed this __8th__ day of __August, 2008__.

__U.S.E.U.S, Inc__
Name of Contractor

By ___ROQUE SCHIPILLITI___

Title ___President___

CERTIFICATE

I, ___ROQUE SCHIPILLITI___ certify that I am the __President__, of the corporation named as Contractor in the foregoing release; that __ROQUE SCHIPILLITI__, who signed said release on behalf of the Contractor was then ___President___, of said corporation; that said release was duly signed for and in behalf of said corporation by authority of its governing body and is within the scope of its corporate powers.

(CORPORATE SEAL) 3.30

**UNITED STATES POSTAL SERVICE®**

Facility and Fixed Mechanization
Project Contract Payment Authorization

**4211B**

Date 08/13/2008 ~~01/27/2006~~

Control Number
A080836

Installation Name  POUGHKEEPSIE - MAIN OFFICE (355800-G01)
POUGHKEEPSIE, NY 12601-9998

Description of Work  restore bell tower
LBP Abatement and Restoration of Bell Tower

| Project Authorization No. 6-4A-356800-C-553 | Contract No. 332495-04-B-0055 | | Change Code 000 | B/A Finance Number 670216 | Project No. A41237 |
|---|---|---|---|---|---|

| Item Description | | Account Number | Index Code | Payment Amount (From Summary Line 8) | Progress Payment Summary | |
|---|---|---|---|---|---|---|
| R&A Bldg Constr | (5BC) | 86125 | 5BC | $ 197,215.35 | 1 Initial Contract Amount | $ 496,270.72 |
| | | | | | 2 Approved Change Amount | $ ~~496,270.72~~ |
| | | | | | 3 Total Contract Amt to Date (Lines 1+2) | $ 496,270.72 |
| CONTRACTING UNIT | | | | | 4 Value of Work Completed to Date (Attach supporting data-incl. value of material received this period. Attach Invoices) | $ 197,215.35 |
| | | | | | 5 Amount of Retainage | $ 0 |
| | | | | | 6 Sub Total | $ 197,215.35 |

Payee Name and Address:
U S ENVIRONMENTAL UNIVERSAL INC
365 RIVER DR
2ND FLR
GARFIELD, NJ 07026-3353

INVOICE # 2873, V.I.O. # 56.00

| | | 7 Previous Payment Amount | $ 0 |
|---|---|---|---|
| | | 8 Amount of this Payment | $ 197,215.35 |

[X] PPA Applies to this Pmt  ☐ Final Payment  ☐ Prior Year Adjustment    Invoice Recd/Acceptance Date:  08 / 13 / 2008

**Contractor Certification**

I hereby certify, to the best of my knowledge and belief, that -
(a) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;
(b) The current payment shown herein is now due and has not been previously paid;
(c) If this is a one time payment, subcontractors or suppliers will be paid within 30 calendar days after receipt of this payment, or
(d) If this is not a one-time payment, payments to subcontractors and suppliers have been made from previous payments for payment, timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 title 31, United States Code; and
(e) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.
The Penalty for making a false statement is prescribed by 18 USC 1001.

By: _____  Date: 8/8/08

Title: President

Contracting Officer Name and Signature    Date Signed

DANE WEIR
Approving Official Title, Address and Phone Number (201) 714-5447
MDR, DESIGN & CONSTRUCTION
NEW YORK FAC. SERVICE OFC
2 HUDSON PLACE - 5TH. F
HOBOKEN, NJ 07030-5502

**Architect-Engineer or CM Representative**

For Construction Contracts; In accordance with the contract and the Request for Payment, the Contractor is entitled to payment in the amount shown above.

By _____  Date Signed 8/11/08

A-E or CM Representative Title, Company, Address
FRANCIS PIERRE
SR. PROJECT MANAGER
ATC ASSOCIATES INC
104 E 25TH STREET
NEW YORK, NY 10010

Design/Construction Management Representative

Recommended For Payment _____  Date 8/13/08

Prepared By
LOUIS SANCHEZ
(201) 217-2224
Contact  Phone: (201) 217-2224
LOUIS SANCHEZ
NEW YORK FACILITIES SERVICE OFFICE
2 HUDSON PLACE - 5TH FL.
HOBOKEN, NJ 07030-5502

PS Form 4211B, eFMS, July 2004



ASSOCIATES INC.

ENVIRONMENTAL, GEOTECHNICAL AND MATERIAL PROFESSIONALS
104 East 26th Street • 8th Floor
New York, NY 10010-2917
Phone (212) 353-8280 • FAX (212) 979-6447

# LETTER OF TRANSMITTAL

| To: | U.S. Postal Service | From: | Francis Pierre |
|---|---|---|---|
| | Westchester P&DC | Date: | 8/11/08 |
| | 1000 Westchester Avenue | Re: | USEUS Invoice – Lead Abatement @ Poughkeepsie Station |
| | White Plains, NY 10610-9991 | | |
| Attn: | Mr. Louis Sanchez | Job No: | ATC 's # 15-75192-0320 |
| | | Copy: | |

**We are sending you** ___ Attached ___ Under separate cover via _____ the following items:
___ Change order ___ Plans ___ Samples ___ Shop drawings ___ Specifications
___ Copy of letter ___ Prints _X_ Other  Invoice

| Copies | Date | Job No. | Description |
|---|---|---|---|
| 1 | 8/11/08 | | USEUS Invoice for lead abatement @ Poughkeepsie Station |
| 1 | 5/27/08 | | 4211B |
| 1 | 5/22/08 | | Work Order # 56.00 |
| 4 | 7/20/08 - 8/03/08 | | Certified payroll |
| 1 | 8/08/08 | | Contractor's affidavit of payment |
| 1 | 8/08/08 | | Contractor's Release Form |
| 5 | 7/16/08 | | OSHA Blood lead Samples |

**These are transmitted as checked below:**

_X_ Approved as submitted ___ For bids use ___ Return ___ corrected prints
___ Approved as noted ___ For your use ___ Resubmit ___ copies for approval
___ As requested ___ Return for corrections ___ Submit ___ copies for distribution
___ For review and comment ___ Other _____

**Comments:** The attached documents have been reviewed and verified by ATC for payment.

**Signed:** _____

If enclosed are not as noted, kindly notify ATC at once (212) 353-8280.

0000178

5



# UNITED STATES ENVIRONMENTAL UNIVERSAL SERVICES, INC.

# Invoice

2885

Bill To:  United States Postal Service
Westchester P&D Center
1000 Westchester Avenue
White Plains, NY 10610-9991

### Project Location

Poughkeepsie Station
55 Mansion St
Poughkeepsie, NY 12601

Attn:   Louis Sanchez

| USEUS Job No. | Start Date | End Date | Date Invoice | Contract Number | Terms | W.O. Number |
|---|---|---|---|---|---|---|
| 08-044L | 08/09/08 | 08/31/08 | 9/5/2008 | 332495-01-B-0055 | Upon Receipt | 56 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 0.2 | Mobilization on Projects. Work Area Isolation | 975.00 | 195.00 |
| 0.2 | Work Plan | 65.00 | 13.00 |
| 35,984.4 | Measurement: Per/SF Floor Area, Elevated Work Surfaces - Fixed Scaffolding | 0.65 | 23,389.86 |
| 4.8 | Elevated Work Surfaces - Motorized Scaffolding | 321.75 | 1,544.40 |
| 99,414.2 | Cleaning of Surfaces - HEPA Vacuum | 0.065 | 6,461.92 |
| 1.2 | Decontamination System, 2' x 4' @ 16' O.C., 5/8' Plywood Each Side | 227.50 | 273.00 |
| 6,493.4 | Install and Remove Temporary Partition with 2' x 4' @ 16' O.C. Studs and Plastic Sheeting | 0.91 | 5,908.99 |
| 23,541.2 | Masking and Sealing Surfaces. Each Layer. 6-Mil Poly Sheeting | 0.3575 | 8,415.98 |
| 2.4 | Roll-Off Container. Enclosed 20 CY Capacity | 130.00 | 312.00 |
| 0.2 | Site Visit | 97.50 | 19.50 |
| 39,268 | Abate Lead-Based Paint by Chemical Stripping of Painted Surface - Strip Miscellaneous Surfaces | 0.715 | 28,076.62 |
| 16,627.4 | Paint Removal by Heat Gun - Strip Miscellaneous Surfaces | 0.65 | 10,807.81 |
| 33,256.8 | Paint new materials and repaired surfaces (per coat) | 0.3575 | 11,889.31 |
| 5.8 | Disposal of Project Waste - Non-Hazardous - 20 Cubic Yard Roll-Off | 243.75 | 1,413.75 |
| 2 | Disposal of Project Waste - Hazardous - Quality Assurance Lab Fee for Waste Characterization | 48.75 | 97.50 |
| | **Total** | | 598,818.64 |

THANK YOU

*WE ACCEPT CREDIT CARD PAYMENTS!*  

365 RIVER DRIVE, GARFIELD, NEW JERSEY 07026 · TEL: 973-478-5755 · FAX: 973-478-5551
E-MAIL: central@useusonline.com · WEBSITE: www.useusonline.com

0000181

6



| | |
|---|---|
| **UNITED STATES POSTAL SERVICE®** | **CONTRACTOR'S AFFIDAVIT OF PAYMENT OF DEBTS AND CLAIMS** |

| TO: | FROM: |
|---|---|
| United States Postal Service<br>New York Facilities Service Office<br>2 Hudson Place – 5TH Floor<br>Hoboken, NJ 07030 | U.S. Environmental Universal Service, Inc.<br>365 River Drive<br>Garfield, NJ 07026 |

| PROJECT: | **Construction Contract No.** |
|---|---|
| FMS Project No: A41237<br>Poughkeepsie Station | 332495-04-B-0055 |
| 55 Mansion St | **Project Authorization No.** |
| Poughkeepsie, NY 12601 | 6-4A-356800-C-553 |

The Undersigned, pursuant to the terms of the above identified Contract of Construction, hereby certifies that except, as listed below, he has paid in full or has otherwise satisfied all obligations for all materials and equipment furnished, for all work, labor and services performed, and or all known indebtedness and claims against the Contractor for damages arising in any manner in connection with the performance of the Contractor referenced above for which United States Postal Service or their property might in any way be held responsible.

EXCEPTIONS: (If non, write "NONE")

None

Name ___Roque Schipilliti___   Title ___President___   Signature _____

Date ___9/5/08___

Subscribed and sworn to before me this ___5th___ day of ___Sep___, 200 8.

Notary Public _____   My commission expires: _____

**WILFREDO BAEZ**
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES OCT. 20, 2009

0000182

7

| **UNITED STATES POSTAL SERVICE** | **CONTRACTOR'S RELEASE** |
|---|---|

| TO:<br>United States Postal Service<br>New York Facilities Service Office<br>2 Hudson Place – 5TH Floor<br>Hoboken, NJ 07030 | FROM:<br>U.S. Environmental Universal Service, Inc.<br>365 River Drive<br>Garfield, NJ 07026 |
|---|---|
| PROJECT:<br>FMS Project No: A41237<br>Poughkeepsie Station<br>55 Mansion St<br>Poughkeepsie, NY 12601 | Construction Contract No.<br>332495-04-B-0055<br><br>Project Authorization No.<br>6-4A-356800-C-553 |

Pursuant to the terns of __United States Postal Service__ and in consideration of the sum of __Ninety Eight Thousand Eight Hundred Eighteen and Sixty Four Cents,__ which has been or is to be paid under the said contractor to __United States Environmental Universal Service, Inc (U.S.E.U.S.)__ (hereinafter called the contractor) or its assignees, if any, the contractor, upon payment of the said sum by the UNITED SATES POSTAL SERVICE, (hereinafter called the Postal Service), does remise, release and discharge the Postal Service, its officer, agents and employees, of and form all liabilities, obligations, claims, and demands whatsoever under or arising from the said contract except:

1. Specified claims in stated amounts, or in estimated amounts where the amounts are not susceptible of exact statement by the Contractor, as follows:

2. Claims, together with reasonable expenses incidental thereto, based upon the liabilities of the Contractor to third parties arising out of the performance of the said contractor, which are not known to the contractor o the date of execution of this release and of which the contractor gives notice in writing to the Contracting Officer within the period specified in the said contract.

3. Claims for reimbursement of costs (other than expenses of the Contractor by reason of its indemnifications of the Postal Service against patent liability), including reasonable expenses incidental thereto, incurred by the Contractor under the provision of the said contract relating to patents.

The Contractor agrees, in connection with patent matters and with claims which are not release as set forth above, that it will comply with all of the provisions of the said contract, including without limitation those provisions relating to notifications of the Contracting Officer and relating to the defense or prosecution of litigation.

IN WITNESS WHEREOF, this release has been executed this ___5th___ day of __September, 2008__ .

U.S.E.U.S. Inc

Name of Contractor

By ___ROQUE SCHIPILLITI___

Title ___President___

CERTIFICATE

I, ___ROQUE SCHIPILLITI___ certify that I am the ___President___, of the corporation named as Contractor in the foregoing release; that __ROQUE SCHIPILLITI__, who signed said release on behalf of the Contractor was then ___President___, of said corporation; that said release was duly signed for and in behalf of said corporation by authority of its governing body and is within the scope of its corporate powers.

(CORPORATE SEAL) 3.30

0000183
8

04-B-0055

| UNITED STATES POSTAL SERVICE ® | Facility and Fixed Mechanization Project Contract Payment Authorization | 4211B | | |
|---|---|---|---|---|
| | | Date 10/22/08 ~~OCT/0 0005~~ | Control Number A09 0293 | |

**Installation Name** POUGHKEEPSIE - MAIN OFFICE (356800-G01)
POUGHKEEPSIE, NY 12601-9998

**Description of Work** restore bell tower
LBP Abatement and Restoration of Bell Tower

| Project Authorization No. 6-4A-356800-C-553 | Contract No. 332495-04-B-0055 | Change Code 002 | | B/A Finance Number 670216 | Project No. A41237 |
|---|---|---|---|---|---|

| Item Description | Account Number | Index Code | Payment Amount (From Summary Line 8) | |
|---|---|---|---|---|
| R&A Bldg Constr (5BC) | 86125 | 5BC | $ 98,818.64 | |

**Progress Payment Summary**

| | |
|---|---|
| 1 Initial Contract Amount | $ 496,270.72 |
| 2 Approved Change Amount | $ ~~496,270.72~~ |
| 3 Total Contract Amt to Date (Lines 1+2) | $ 496,270.72 ~~-992,541.44~~ |
| 4 Value of Work Completed to Date (Attach supporting data-ino value of material received this period. Attach invoices) | $ 296,033.99 |
| 5 Amount of Retainage | $ 0 |
| 6 Sub Total | $ 296,033.99 |
| 7 Previous Payment Amount | $ 197,215.35 |
| 8 Amount of this Payment | $ 98,818.64 |

**Payee Name and Address:**
U S ENVIRONMENTAL UNIVERSAL INC
385 RIVER DR
2ND FLR
GARFIELD, NJ 07026-3353

[X] PPA Applies to this Pmt    ☐ Final Payment    ☐ Prior Year Adjustment    Invoice Recd/Acceptance Date:

**Contractor Certification**

I hereby certify, to the best of my knowledge and belief, that -

(a) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;

(b) The current payment shown herein is now due and has not been previously paid;

(c) If this is a one time payment, subcontractors or suppliers will be paid within 30 calendar days after receipt of this payment, or

(d) If this is not a one-time payment, payments to subcontractors and suppliers have been made from previous payments for payment, timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 title 31, United States Code; and

(e) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.

The Penalty for making a false statement is prescribed by 18 USC 1001.

By _[signature]_    Date: 09/05/08

President
Contracting Officer Name and Signature

ROBERT BUONGIOVANNI    Date Signed 11·3·08

Approving Official Title, Address and Phone Number (201) 714-5451
ARCHITECT ENGR

NEW YORK FAC SERVICE OFC
2 HUDSON PLACE - 5TH. F
HOBOKEN, NJ 07030-5502

**Architect-Engineer or CM Representative**

For Construction Contracts: In accordance with the contract and the Request for Payment, the Contractor is entitled to payment in the amount shown above

By _[signature]_    Date Signed 10/17/08

_Francis A. Pierre_
A-E or CM Representative Title, Company, Address

FRANCIS PIERRE — Sr Project Mgr.
ATC ASSOCIATES INC
104 E 25th STREET
NEW YORK, NY 15010

Design/Construction Management Representative

Recommended For Payment    _U. Dunley_    Date 10/21/08
Prepared By

LOUIS SANCHEZ
(201) 217-2224

Contact  Phone: (201) 217-2224
LOUIS SANCHEZ

NEW YORK FACILITIES SERVICE OFFICE
2 HUDSON PLACE - 5TH FL
HOBOKEN, NJ 07030-5502

PS Form 4211B, eFMS, July 2004

0000179
9



# LETTER OF TRANSMITTAL

ENVIRONMENTAL, GEOTECHNICAL AND MATERIAL PROFESSIONALS
104 East 25ᵗʰ Street • 8ᵗʰ Floor
New York, NY 10010-2917
Phone (212) 353-8280 • FAX (212) 979-8447

| To: | U.S. Postal Service | From: | Francis Pierre |
|---|---|---|---|
| | Westchester P&DC | Date: | 10/17/08 |
| | 1000 Westchester Avenue | Re: | USEUS Invoice – Lead |
| | White Plains, NY 10610-9991 | | Abatement @ Poughkeepsie |
| | | | Station |
| | | Job No: | ATC 's # 15-75192-0320 |
| Attn: | Mr. Louis Sanchez | Copy: | |

**We are sending you** ___ Attached ___ Under separate cover via _____ the following items:
___ Change order ___ Plans ___ Samples ___ Shop drawings ___ Specifications
___ Copy of letter ___ Prints _X_ Other Invoice

| Copies | Date | Job No. | Description |
|---|---|---|---|
| 1 | 9/05/08 | | USEUS Invoice in the amount of $98,818.64 for lead abatement @ Poughkeepsie Station |
| 1 | 5/27/08 | | 4211B |
| 1 | 5/22/08 | | Work Order # 56.00 |
| 4 | 8/10/08 - 8/31/08 | | Certified payroll |
| 1 | 9/05/08 | | Contractor's affidavit of payment |
| 1 | 9/05/08 | | Contractor's Release Form |
| 5 | 8/25/08 | | TCLP samples( all less than 5 ppm or 5 mg/L) |

**These are transmitted as checked below:**
_x_ Approved as submitted ___ For bids use ___ Return ___ corrected prints
___ Approved as noted ___ For your use ___ Resubmit ___ copies for approval
___ As requested ___ Return for corrections ___ Submit ___ copies for distribution
___ For review and comment ___ Other _____

**Comments:** The attached documents have been reviewed and verified by ATC for payment

**Signed:**

10

If enclosed are not as noted, kindly notify ATC at once (212) 353-8280



# UNITED STATES ENVIRONMENTAL UNIVERSAL SERVICES, INC.

## Invoice

2922

Bill To: United States Postal Service
Westchester P&D Center
1000 Westchester Avenue
White Plains, NY 10610-9991

**Project Location**

Poughkeepsie Station
55 Mansion St
Poughkeepsie, NY 12601

Attn: Louis Sanchez

| USEUS Job No. | Start Date | End Date | Date Invoice | Contract Number | Terms | W.O. Number |
|---|---|---|---|---|---|---|
| 08-044L | 09/01/2008 | 08/14/2009 | 8/14/2009 | 332495-04-B-0055 | Upon Receipt | 56 |

| QUANTITY | Current % | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 0.1 | 10.00% | Mobilization on Projects. Work Area Isolation | 975.00 | 97.50 |
| 0.1 | 10.00% | Work Plan | 65.00 | 6.50 |
| 26,988.3 | 15.00% | Measurement: Per/SF Floor Area. Elevated Work Surfaces - Fixed Scaffolding | 0.65 | 17,542.40 |
| 3.6 | 15.00% | Elevated Work Surfaces - Motorized Scaffolding | 321.75 | 1,158.30 |
| 49,707.1 | 10.00% | Cleaning of Surfaces - HEPA Vacuum | 0.065 | 3,230.96 |
| 0.6 | 10.00% | Decontamination System, 2' x 4' @ 16' O.C., 5/8' Plywood Each Side | 227.50 | 136.50 |
| 1,623.35 | 5.00% | Install and Remove Temporary Partition with 2' x 4' @ 16' O.C. Studs and Plastic Sheeting | 0.91 | 1,477.25 |
| 5,885.3 | 5.00% | Masking and Sealing Surfaces, Each Layer, 6-Mil Poly Sheeting | 0.3575 | 2,104.00 |
| 0.6 | 5.00% | Roll-Off Container. Enclosed 20 CY Capacity | 130.00 | 78.00 |
| 0.05 | 5.01% | Site Visit | 97.50 | 4.88 |
| 9,817 | 5.00% | Abate Lead-Based Paint by Chemical Stripping of Painted Surface - Strip Miscellaneous Surfaces | 0.715 | 7,019.16 |
| 4,156.85 | 5.00% | Paint Removal by Heat Gun - Strip Miscellaneous Surfaces | 0.65 | 2,701.95 |
| 8,314.2 | 5.00% | Paint new materials and repaired surfaces (per coat) | 0.3575 | 2,972.33 |
| | | **Total** | | $38,529.73 |

THANK YOU

*WE ACCEPT CREDIT CARD PAYMENTS!*



365 RIVER DRIVE, GARFIELD, NEW JERSEY 07026 · TEL: 973-478-5755 · FAX: 973-478-5551
E-MAIL: central@useusonline.com · WEBSITE: www.useusonline.com

0000155

11

| **UNITED STATES POSTAL SERVICE®** | **CONTRACTOR'S AFFIDAVIT OF PAYMENT OF DEBTS AND CLAIMS** |
|---|---|
| **TO:**<br>United States Postal Service<br>New York Facilities Service Office<br>2 Hudson Place – 5TH Floor<br>Hoboken, NJ 07030 | **FROM:**<br>U.S. Environmental Universal Service, Inc.<br>365 River Drive<br>Garfield, NJ 07026 |
| **PROJECT:**<br>FMS Project No:A41237<br>Poughkeepsie Station<br>55 Mansion St<br>Poughkeepsie, NY 12601 | **Construction Contract No.**<br>332495-04-B-0055<br><br>**Project Authorization No.**<br>6-4A-356800-C-553 |

The Undersigned, pursuant to the terms of the above identified Contract of Construction, hereby certifies that except, as listed below, he has paid in full or has otherwise satisfied all obligations for all materials and equipment furnished, for all work, labor and services performed, and or all known indebtedness and claims against the Contractor for damages arising in any manner in connection with the performance of the Contractor referenced above for which United States Postal Service or their property might in any way be held responsible.

EXCEPTIONS: (If non, write "NONE")

None

**Name** _Roque Schipilliti_   **Title** _President_   **Signature**

**Date** _8/14/09_

Subscribed and sworn to before me this _14th_ day of _Aug_, 200 _9_.

Notary Public _____   My commission expires: _____

WILFREDO BAEZ
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES OCT. 20, 2009

<FMS> Contractors Affidavit of Payment of Debts and Claims    NYFSO Form 125A 3/04

0000158

12

| | |
|---|---|
| **UNITED STATES POSTAL SERVICE**™ | **CONTRACTOR'S RELEASE** |

| TO: | FROM: |
|---|---|
| United States Postal Service<br>New York Facilities Service Office<br>2 Hudson Place – 5TH Floor<br>Hoboken, NJ 07030 | U.S. Environmental Universal Service, Inc.<br>365 River Drive<br>Garfield, NJ 07026 |

| PROJECT: | |
|---|---|
| FMS Project No: A41237<br>Poughkeepsie Station | **Construction Contract No.**<br>332495-04-B-0055 |
| 55 Mansion St<br>Poughkeepsie, NY 12601 | **Project Authorization No.**<br>6-4A-356800-C-553 |

Pursuant to the terms of __United States Postal Service__ and in consideration of the sum of __Thirty Eight Thousand Five Hundred Twenty Nine and Seventy Three Cents__, which has been or is to be paid under the said contractor to __United States Environmental Universal Service, Inc (U.S.E.U.S.)__ (hereinafter called the contractor) or its assignees, if any, the contractor, upon payment of the said sum by the UNITED SATES POSTAL SERVICE, (hereinafter called the Postal Service), does remise, release and discharge the Postal Service, its officer, agents and employees, of and form all liabilities, obligations, claims, and demands whatsoever under or arising from the said contract except:

1. Specified claims in stated amounts, or in estimated amounts where the amounts are not susceptible of exact statement by the Contractor, as follows:

2. Claims, together with reasonable expenses incidental thereto, based upon the liabilities of the Contractor to third parties arising out of the performance of the said contractor, which are not known to the contractor o the date of execution of this release and of which the contractor gives notice in writing to the Contracting Officer within the period specified in the said contract.

3. Claims for reimbursement of costs (other than expenses of the Contractor by reason of its indemnifications of the Postal Service against patent liability), including reasonable expenses incidental thereto, incurred by the Contractor under the provision of the said contract relating to patents.

The Contractor agrees, in connection with patent matters and with claims which are not release as set forth above, that it will comply with all of the provisions of the said contract, including without limitation those provisions relating to notifications of the Contracting Officer and relating to the defense or prosecution of litigation.

IN WITNESS WHEREOF, this release has been executed this _14th_ day of _August, 2009_.

U.S.E.U.S. Inc

Name of Contractor

By _ROQUE SCHIPILLITI_

Title _President_

CERTIFICATE

I, __ROQUE SCHIPILLITI__ certify that I am the __President__, of the corporation named as Contractor in the foregoing release; that __ROQUE SCHIPILLITI__, who signed said release on behalf of the Contractor was then __President__, of said corporation; that said release was duly signed for and in behalf of said corporation by authority of its governing body and is within the scope of its corporate powers.

(CORPORATE SEAL) 3.30

0000159

13

04 B0055

| UNITED STATES POSTAL SERVICE | Facility and Fixed Mechanization Project Contract Payment Authorization | | 4211B | |
|---|---|---|---|---|
| | | Date 9/10/2009 | Control Number A092855 | |

**Installation Name** POUGHKEEPSIE - MAIN OFFICE (356880-G01)
POUGHKEEPSIE, NY 12601-9998

**Description of Work** restore bell tower
LBP Abatement and Restoration of Bell Tower

| Project Authorization No. 5-4A-356880-C-553 | Contract No. 332485-04-B-0055 | | Change Code 003 | | B/A Finance Number 870216 | Project No. A41237 |
|---|---|---|---|---|---|---|

| Item Description | Account Number | Index Code | Payment Amount (From Summary Line 6) | Progress Payment Summary | | |
|---|---|---|---|---|---|---|
| R&A Bldg Constr (5BC) | 86125 | 5BC | $38,529.73 | 1 Initial Contract Amount | $ | 496,270.72 |
| | | | | 2 Approved Change Amount | $ | 496,270.72 |
| | | | | 3 Total Contract Amt to Date (Lines 1+2) | $ | 496,270.72 / 992,541.44 |
| | | | | 4 Value of Work Completed to Date (Column supporting data and value of material received this period, Attach invoices) | $334,563.72 | |
| | | | | 5 Amount of Retainage | $ | 0 |
| Payee Name and Address: | | | | 6 Sub Total | $334,563.72 | |
| U S ENVIRONMENTAL UNIVERSAL INC 365 RIVER DR 2ND FLR GARFIELD, NJ 07026-3353 | | | | 7 Previous Payment Amount | $296,033.99 | |
| | | | | 8 Amount of this Payment | $ 38,529.73 | |

INVOICE # 2922, W.O. # 56.00

☒ PPA Applies to this Pmt. ☐ Final Payment ☐ Prior Year Adjustment  Invoice Recd/Acceptance Date: 9/10/2009

**Contractor Certification**

I hereby certify, to the best of my knowledge and belief, that -
(a) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;
(b) The current payment shown herein is now due and has not been previously paid;
(c) If this is a one time payment, subcontractors or suppliers will be paid within 30 calendar days after receipt of this payment, or
(c) If this is not a one-time payment, payments to subcontractors and suppliers have been made from previous payments for payment, timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 title 31, United States Code; and
(e) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.
The Penalty for making a false statement is prescribed by 18 USC 1001.

By [signature]  Date: 8/14/09

**Contractor Official Signature**

Contracting Official Name and Signature [signature]  Date Signed 6.18.09

ROBERT BUONGIOVANNI

Approving Official Title, Address and Phone Number (201) 714-5451

ARCHITECT ENGR

NEW YORK FAC SERVICE CFC
2 HUDSON PLACE - 5TH F
HOBOKEN, NJ 07030-5502

**Architect-Engineer or CM Representative**

For Construction Contractor, in accordance with the contract and the Request for Payment, the Contractor is entitled to payment in the amount shown above

By [signature]  Date Signed 9/10/09

A/E or CM Representative Title, Company, Address

Kenneth Irving, Architect P.C.
42 Memorial Plaza, Suite 301
Pleasantville, NY 10570

Design/Construction Management Representative

Recommended For Payment [signature]  Date

Prepared By

LOUIS SANCHEZ
(201) 217-2224

Contact  Phone: (201) 217-2224
LOUIS SANCHEZ

NEW YORK FACILITIES SERVICE OFFICE
2 HUDSON PLACE - 5TH FL.
HOBOKEN, NJ 07030-5502

PS Form 4211B, eFMS, July 2004

# Invoice

2926

Bill To: United States Postal Service
Westchester P&D Center
1000 Westchester Avenue
White Plains, NY 10610-9991

## Project Location

Poughkeepsie Station
55 Mansion St
Poughkeepsie, NY 12601

Attn: Louis Sanchez

| USEUS Job No. | Start Date | End Date | Date Invoice | Terms | Contract Number | Project # | W.O. Number |
|---|---|---|---|---|---|---|---|
| 08-044L | 08/15/2009 | 10/20/2009 | 10/20/2009 | Upon Receipt | 332495-04-B-0055 | A41237 | 56 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 0.15 | Mobilization on Projects. Work Area Isolation | 975.00 | 146.25 |
| 0.15 | Work Plan | 65.00 | 9.75 |
| 8,996.1 | Measurement: Per/SF Floor Area. Elevated Work Surfaces - Fixed Scaffolding | 0.65 | 5,847.47 |
| 7.2 | Elevated Work Surfaces - Motorized Scaffolding | 321.75 | 2,316.60 |
| 1,623.35 | Install and Remove Temporary Partition with 2' x 4' @ 16' O.C. Studs and Plastic Sheeting | 0.91 | 1,477.25 |
| 5,885.3 | Masking and Sealing Surfaces, Each Layer, 6-Mil Poly Sheeting | 0.3575 | 2,104.00 |
| 3.6 | Roll-Off Container. Enclosed 20 CY Capacity | 130.00 | 468.00 |
| 0.1999 | Site Visit | 97.50 | 19.49 |
| 9,817 | Abate Lead-Based Paint by Chemical Stripping of Painted Surface - Strip Miscellaneous Surfaces | 0.715 | 7,019.16 |
| 4,156.85 | Paint Removal by Heat Gun - Strip Miscellaneous Surfaces | 0.65 | 2,701.95 |
| 16,628.4 | Paint new materials and repaired surfaces (per coat) | 0.3575 | 5,944.65 |
| 2.9 | Disposal of Project Waste - Non-Hazardous - 20 Cubic Yard Roll-Off | 243.75 | 706.88 |
| | **Total** | | **$28,761.45** |

THANK YOU

*WE ACCEPT CREDIT CARD PAYMENTS!*  

| TO: | FROM: |
|---|---|
| United States Postal Service<br>New York Facilities Service Office<br>2 Hudson Place – 5TH Floor<br>Hoboken, NJ 07030 | U.S. Environmental Universal Service, Inc.<br>365 River Drive<br>Garfield, NJ 07026 |

| PROJECT: | Construction Contract No. |
|---|---|
| FMS Project No: A41237<br>Poughkeepsie Station<br>55 Mansion St<br>Poughkeepsie, NY 12601 | 332495-04-B-0055 |
| | Project Authorization No.<br>6-4A-356800-C-553 |

Pursuant to the terms of __United States Postal Service__ and in consideration of the sum of __Twenty Eight Thousand Seven Hundred Sixty One and Forty Five Cents,__ which has been or is to be paid under the said contractor to __United States Environmental Universal Service, Inc (U.S.E.U.S.)__ (hereinafter called the contractor) or its assignees, if any, the contractor, upon payment of the said sum by the UNITED SATES POSTAL SERVICE, (hereinafter called the Postal Service), does remise, release and discharge the Postal Service, its officer, agents and employees, of and form all liabilities, obligations, claims, and demands whatsoever under or arising from the said contract except:

1. Specified claims in stated amounts, or in estimated amounts where the amounts are not susceptible of exact statement by the Contractor, as follows:

2. Claims, together with reasonable expenses incidental thereto, based upon the liabilities of the Contractor to third parties arising out of the performance of the said contractor, which are not known to the contractor o the date of execution of this release and of which the contractor gives notice in writing to the Contracting Officer within the period specified in the said contract.

3. Claims for reimbursement of costs (other than expenses of the Contractor by reason of its indemnifications of the Postal Service against patent liability), including reasonable expenses incidental thereto, incurred by the Contractor under the provision of the said contract relating to patents.

The Contractor agrees, in connection with patent matters and with claims which are not release as set forth above, that it will comply with all of the provisions of the said contract, including without limitation those provisions relating to notifications of the Contracting Officer and relating to the defense or prosecution of litigation.

IN WITNESS WHEREOF, this release has been executed this     20th     day of __October, 2009__.

U.S.E.U.S. Inc.

Name of Contractor

By ___ROQUE SCHIPILLITI___

Title _____President_____

CERTIFICATE

I, ___ROQUE SCHIPILLITI___ certify that I am the ___President___, of the corporation named as Contractor in the foregoing release; that __ROQUE SCHIPILLITI__, who signed said release on behalf of the Contractor was then ___President___, of said corporation; that said release was duly signed for and in behalf of said corporation by authority of its governing body and is within the scope of its corporate powers.

(CORPORATE SEAL) 3.30

**UNITED STATES POSTAL SERVICE®**

**Facility and Fixed Mechanization Project Contract Payment Authorization**

**4211B**

| Date 10/21/2009 ~~05/27/2005~~ | Control Number B00 4836 |

Installation Name POUGHKEEPSIE - MAIN OFFICE (356800-G01)
POUGHKEEPSIE, NY 12601-9998

Description of Work restore bell tower
LBP Abatement and Restoration of Bell Tower

| Project Authorization No. S-4A-356800-C-553 | Contract No. 332495-04-B-0055 | Change Code 004 | B/A Finance Number 670216 | Project No A41237 |

| Item Description | Account Number | Index Code | Payment Amount (From Summary Line 8) |
|---|---|---|---|
| R&A Bldg Constr (5BC) | 86125 | 5BC | #28,761.45 |

**Progress Payment Summary**

| | | |
|---|---|---|
| 1 Initial Contract Amount | S | 496,270.72 |
| 2 Approved Change Amount | S | ~~496,270.72~~ |
| 3 Total Contract Amt to Date (Lines 1+2) | S | 496,270.72 ~~992,541.44~~ |
| 4 Value of Work Completed to Date (Attach supporting data incl. value of material received this period. Attach Invoices) | S | 363,325.17 |
| 5 Amount of Retainage | S | 0 |
| 6 Sub Total | S | 363,325.17 |
| 7 Previous Payment Amount | S | 334,563.72 |
| 8 Amount of this Payment | S | 28,761.45 |

Payee Name and Address:
U S ENVIRONMENTAL UNIVERSAL INC
365 RIVER DR
2ND FLR
GARFIELD, NJ 07026-3353

INVOICE # 2926, W.O.# 56.00

| ☒ PPA Applies to this Pmt | ☐ Final Payment | ☐ Prior Year Adjustment | Invoice Recd/Acceptance Date: 10/21/2009 |

**Contractor Certification**

I hereby certify, to the best of my knowledge and belief, that -
(a) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;
(b) The current payment shown herein is now due and has not been previously paid;
(c) If this is a one time payment, subcontractors or suppliers will be paid within 30 calendar days after receipt of this payment, or
(d) If this is not a one-time payment, payments to subcontractors and suppliers have been made from previous payments for payment, timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 title 31, United States Code; and
(e) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.
The Penalty for making a false statement is prescribed by 18 USC 1001.

By [signature]
Title President Date: 10/20/09

Contracting Officer Name and Signature [signature] Date Signed 11·3·0 9
ROBERT BUONGIOVANNI
Approving Official Title, Address and Phone Number (201) 714-5431 7411
ARCHITECTENGR
TEAM LEADER CONTRACTING OFFICE
NEW YORK FAC SERVICE OFC
1 HUDSON PLACE 5TH FL
HOBOKEN NJ 07030-5505 80 COUNTY ROAD, 3RD FL.
JERSEY CITY, NJ 07097-9810

**Architect-Engineer or CM Representative**

For Construction Contracts; In accordance with the contract and the Request for Payment, the Contractor is entitled to payment in the amount shown above.

By [signature] Date Signed 10/20/09
A-E or CM Representative Title, Company, Address
KENNETH IRVING Architect R
42 Memorial Plaza
Pleasantville NY 10570

Design/Construction Management Representative
Recommended For Payment [signature] Date 10/21/09
Prepared By
LOUIS SANCHEZ
(201) 217-2224 914-647-7073
Contact Phone: (201) 217-2224
LOUIS SANCHEZ
ME
NEW YORK FACILITIES SERVICE OFFICE
1 HUDSON PLACE - 5TH FL
HOBOKEN, NJ 07030-5505

PS Form 4211B, eFMS, July 2004

0000147
17



# UNITED STATES ENVIRONMENTAL UNIVERSAL SERVICES, INC.

## Invoice

2929

Bill To: United States Postal Service
Westchester P&D Center
1000 Westchester Avenue
White Plains, NY 10610-9991

### Project Location

Poughkeepsie Station
55 Mansion St
Poughkeepsie, NY 12601

Attn: Louis Sanchez

| USEUS Job No. | Start Date | End Date | Date Invoice | Terms | Contract Number | Project # | W/O Number |
|---|---|---|---|---|---|---|---|
| 08-044L | 10/20/2009 | 11/13/2009 | 11/13/2009 | Upon Receipt | 332495-04-B-0055 | A41237 | 56 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 0.15 | Mobilization on Projects. Work Area Isolation | 975.00 | 146.25 |
| 0.15 | Work Plan | 65.00 | 9.75 |
| 17,992.2 | Measurement: Per/SF Floor Area, Elevated Work Surfaces - Fixed Scaffolding | 0.65 | 11,694.93 |
| 2.4 | Elevated Work Surfaces - Motorized Scaffolding | 321.75 | 772.20 |
| 49,707.1 | Cleaning of Surfaces - HEPA Vacuum | 0.065 | 3,230.96 |
| 1.2 | Decontamination System, 2' x 4' @ 16' O.C., 5/8' Plywood Each Side | 227.50 | 273.00 |
| 6,493.4 | Install and Remove Temporary Partition with 2' x 4' @ 16' O.C. Studs and Plastic Sheeting | 0.91 | 5,908.99 |
| 23,541.2 | Masking and Sealing Surfaces, Each Layer, 6-Mil Poly Sheeting | 0.3575 | 8,415.98 |
| 2.4 | Roll-Off Container. Enclosed 20 CY Capacity | 130.00 | 312.00 |
| 0.1501 | Site Visit | 97.46835 | 14.63 |
| 58,902 | Abate Lead-Based Paint by Chemical Stripping of Painted Surface - Strip Miscellaneous Surfaces | 0.715 | 42,114.93 |
| 24,941.1 | Paint Removal by Heat Gun - Strip Miscellaneous Surfaces | 0.65 | 16,211.72 |
| 108,084.6 | Paint new materials and repaired surfaces (per coat) | 0.3575 | 38,640.24 |
| 11.6 | Disposal of Project Waste - Non-Hazardous - 20 Cubic Yard Roll-Off | 243.74914 | 2,827.49 |
| 10 | Disposal of Project Waste - Hazardous - Solid Waste - 55 Gallon Drum | 104.00 | 1,040.00 |
| 10 | Disposal of Project Waste - Hazardous - Pick-up Fee | 113.75 | 1,137.50 |
| 4 | Disposal of Project Waste - Hazardous - Quality Assurance Lab Fee for Waste Characterization | 48.75 | 195.00 |
| | Subtotal | | 132,945.57 |
| | Related Cost of hire Kenneth Irving Architects to redesign repairs to Bell Tower. | -27,840.88 | -27,840.88 |
| | **Total** | | **$105,104.69** |

THANK YOU

*WE ACCEPT CREDIT CARD PAYMENTS!*  

365 RIVER DRIVE, GARFIELD, NEW JERSEY 07026 · TEL: 973-478-5755 · FAX: 973-478-5551
E-MAIL: central@useusonline.com · WEBSITE: www.useusonline.com

0000143

*18*

| | |
|---|---|
| TO:<br>United States Postal Service<br>New York Facilities Service Office<br>2 Hudson Place – 5TH Floor<br>Hoboken, NJ 07030 | FROM:<br>U.S. Environmental Universal Service, Inc.<br>365 River Drive<br>Garfield, NJ 07026 |
| PROJECT:<br>FMS Project No: A41237<br>Poughkeepsie Station<br>55 Mansion St<br>Poughkeepsie, NY 12601 | Construction Contract No.<br>332495-04-B-0055<br><br>Project Authorization No.<br>6-4A-356800-C-553 |

Pursuant to the terns of __United States Postal Service__ and in consideration of the sum of __One Hundred Five Thousand One Hundred Four and Sixty Nine Cents,__ which has been or is to be paid under the said contractor to __United States Environmental Universal Service, Inc (U.S.E.U.S.)__ (hereinafter called the contractor) or its assignees, if any, the contractor, upon payment of the said sum by the UNITED SATES POSTAL SERVICE, (hereinafter called the Postal Service), does remise, release and discharge the Postal Service, its officer, agents and employees, of and form all liabilities, obligations, claims, and demands whatsoever under or arising from the said contract except:

1. Specified claims in stated amounts, or in estimated amounts where the amounts are not susceptible of exact statement by the Contractor, as follows:

2. Claims, together with reasonable expenses incidental thereto, based upon the liabilities of the Contractor to third parties arising out of the performance of the said contractor, which are not known to the contractor o the date of execution of this release and of which the contractor gives notice in writing to the Contracting Officer within the period specified in the said contract.

3. Claims for reimbursement of costs (other than expenses of the Contractor by reason of its indemnifications of the Postal Service against patent liability), including reasonable expenses incidental thereto, incurred by the Contractor under the provision of the said contract relating to patents.

The Contractor agrees, in connection with patent matters and with claims which are not release as set forth above, that it will comply with all of the provisions of the said contract, including without limitation those provisions relating to notifications of the Contracting Officer and relating to the defense or prosecution of litigation.

IN WITNESS WHEREOF, this release has been executed this ___13th___ day of __November, 2009__

                                       __U.S.E.U.S, Inc__
                                           Name of Contractor

By ___ROQUE SCHIPILLITI___

Title _____President_____

CERTIFICATE

I. ___ROQUE SCHIPILLITI___ certify that I am the ___President___, of the corporation named as Contractor in the foregoing release; that __ROQUE SCHIPILLITI__, who signed said release on behalf of the Contractor was then ___President___, of said corporation; that said release was duly signed for and in behalf of said corporation by authority of its governing body and is within the scope of its corporate powers.

(CORPORATE SEAL) 3.30

0000145

19

| UNITED STATES POSTAL SERVICE | CONTRACTOR'S AFFIDAVIT OF PAYMENT OF DEBTS AND CLAIMS |
|---|---|
| **TO:**<br>United States Postal Service<br>New York Facilities Service Office<br>2 Hudson Place – 5TH Floor<br>Hoboken, NJ 07030 | **FROM:**<br>U.S. Environmental Universal Service, Inc.<br>365 River Drive<br>Garfield, NJ 07026 |
| **PROJECT:**<br>FMS Project No: A41237<br>Poughkeepsie Station<br>55 Mansion St<br>Poughkeepsie, NY 12601 | **Construction Contract No.**<br>332495-04-B-0055<br><br>**Project Authorization No.**<br>6-4A-356800-C-553 |

The Undersigned, pursuant to the terms of the above identified Contract of Construction, hereby certifies that except, as listed below, he has paid in full or has otherwise satisfied all obligations for all materials and equipment furnished, for all work, labor and services performed, and or all known indebtedness and claims against the Contractor for damages arising in any manner in connection with the performance of the Contractor referenced above for which United States Postal Service or their property might in any way be held responsible.

EXCEPTIONS: (If non, write "NONE")

None

**Name** _Roque Schipilliti_    **Title** _President_    **Signature** _____

**Date** _11/17/09_

Subscribed and sworn to before me this ___17___ day of _November_ 2009.

Notary Public _____

My commission expires: _____

ROSEMARIE YAVERIAN
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Nov. 7, 2011

FMS Contractors Affidavit of Payment of Debts and Claims    NYFSO Form 125A 3/84

04B0055

<table>
<tr><td colspan="2">**UNITED STATES POSTAL SERVICE ®**</td><td>Facility and Fixed Mechanization<br>Project Contract Payment Authorization</td><td colspan="2">4211B</td></tr>
<tr><td colspan="2"></td><td></td><td>Date 12/11/2009<br><s>96/27/2005</s></td><td>Control Number<br>13005704</td></tr>
</table>

Installation Name  POUGHKEEPSIE - MAIN OFFICE (356800-G01)
POUGHKEEPSIE, NY 12601-9998

Description of Work  restore bell tower
LBP Abatement and Restoration of Bell Tower

<table>
<tr><td>Project Authorization No.<br>6-4A-356800-C-553</td><td>Contract No.<br>332495-04-B-0055</td><td colspan="2">Change Code<br>005</td><td>B/A Finance Number<br>670216</td><td>Project No.<br>A41237</td></tr>
</table>

<table>
<tr><td>Item<br>Description</td><td>Account<br>Number</td><td>Index<br>Code</td><td>Payment Amount<br>(From Summary Line 8)</td><td colspan="2">Progress Payment Summary</td></tr>
<tr><td>R&A Bldg Constr (5BC)</td><td>86125</td><td>5BC</td><td># 105,104.69</td><td>1 Initial Contract<br>Amount</td><td>$ 496,270.72</td></tr>
<tr><td></td><td></td><td></td><td></td><td>2 Approved Change<br>Amount</td><td>$ <s>496,270.72</s> —O—</td></tr>
<tr><td></td><td></td><td></td><td></td><td>3 Total Contract Amt<br>to Date (Lines 1+2)</td><td>$ 496,270.72 <s>992,541.44</s></td></tr>
<tr><td></td><td></td><td></td><td></td><td>4 Value of Work<br>Completed to Date<br>(Attach supporting data incl.<br>value of material received this<br>period. Attach invoices)</td><td>$ 496,270.72</td></tr>
<tr><td colspan="3">Payee Name and Address:</td><td></td><td>5 Amount of<br>Retainage</td><td>$ 27,840.88</td></tr>
<tr><td colspan="3" rowspan="4">U S ENVIRONMENTAL UNIVERSAL INC<br>365 RIVER DR<br>2ND FLR<br>GARFIELD, NJ 07026-3353</td><td></td><td>6 Sub Total</td><td>$ 468,429.84</td></tr>
<tr><td></td><td>7 Previous Payment<br>Amount</td><td>$ 363,325.15</td></tr>
<tr><td></td><td>8 Amount of this<br>Payment</td><td></td></tr>
<tr><td>INVOICE # 2429, W.O. # 56.00</td><td></td><td>$ 105,104.69</td></tr>
</table>

☒ PPA Applies to this Pmt  ☐ Final Payment  ☐ Prior Year Adjustment

Invoice Recd/Acceptance Date: 12/11/2009

**Contractor Certification**

I hereby certify, to the best of my knowledge and belief, that -
(a) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;
(b) The current payment shown herein is now due and has not been previously paid;
(c) If this is a one time payment, subcontractors or suppliers will be paid within 30 calendar days after receipt of this payment, or
(d) If this is not a one-time payment, payments to subcontractors and suppliers have been made from previous payments for payment, timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 title 31, United States Code; and
(e) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.
The Penalty for making a false statement is prescribed by 18 USC 1001.

By: _[signature]_   Date: 11/13/09
Title: President
Contracting Officer Name and Signature _[signature]_   Date Signed 12.21.09
ROBERT BUOSI/GIVANNI
Approving Official Title, Address and Phone Number (201) 714-5454 7411
ARCHITECT ENGR  TEAM LEADER/CONTRACTING OFFICER
80 County Road, 3rd Floor
Jersey City, NJ 07097-9800

**Architect-Engineer or CM Representative**
For Construction Contracts: In accordance with the contract and the Request for Payment, the Contractor is entitled to payment in the amount shown above
By _[signature]_   Date Signed 12/9/09
A-E or CM Representative Title, Company, Address

Kenneth Irving, Architect P.C.
42 Memorial Plaza, Suite 301
Pleasantville, NY 10570

Design/Construction Management Representative
Recommended For Payment _[signature]_ Am U. Fancher   Date 12/11/09
Prepared By
LOUIS SANCHEZ
(201) 217-2224   914-697-7073
Contact  Phone: (201) 217-2224
LOUIS SANCHEZ
80 County Road, 3rd Floor
Jersey City, NJ 07097-9800

PS Form 4211B, eFMS, July 2004