# EXHIBIT 20

# UNITED STATES POSTAL SERVICE

## Facility and Fixed Mechanization Project Contract Commitment Order

**4211**

| Date | Control Number |
|---|---|
| 01/07/2010 | B004933 |

**Installation Name:** POUGHKEEPSIE - MAIN OFFICE (356800-G01)
POUGHKEEPSIE, NY 12601-9998

**Description of Work:** restore bell tower
NEGATIVE WORK ORDER

| Project Authorization No. | Contract No. | Change Code | B/A Finance Number | Project No. |
|---|---|---|---|---|
| 6-4A-356800-C-553 | 332495-04-B-0055 | 001 | 670215 | A41237 |

| Item Description | Account Number | Index Code | Additional Amt Committed | Previous Amt Committed | Total Committed To Date |
|---|---|---|---|---|---|
| R&A Bldg Constr (5BC) | 86125 | 5BC | ($27,840.86) | $496,270.72 | $468,429.86 |
| | | Total: | ($27,840.86) | $496,270.72 | $468,429.86 |

**Contractor Name and Address:**
U S ENVIRONMENTAL UNIVERSAL INC
365 RIVER DR, 2ND FLR
GARFIELD
NJ 07026-3353

**Contract Type:** X IQ Construction
**Contract Start Date:** 12/11/2009
**Contract End Date:** 12/12/2009
**Days Allowed for Payment by Prompt Payment Act:** 14

**Payee Name and Address:**
U S ENVIRONMENTAL UNIVERSAL INC
365 RIVER DR, 2ND FLR
GARFIELD
NJ 07026-3353

**Contractor's Taxpayer ID No.:** 22-2990739
**Parent Company Taxpayer ID No.:** N/A

- [ ] Contractor Address Change
- [ ] Parent Co. Pays Tax
- [X] Small Business
- [X] Minority Bus. Enterprise
- [ ] Women-owned Business
- [ ] Labor Surplus Area
- [ ] Educ/Non-Profit

**Remarks**
Work Order No: 56.01

**Contracting Officer Name and Signature:** ROBERT BUONGIOVANNI
**Date Signed:** 01/07/2010
**Prepared By:** LORI E. SAVAGE (201) 714-7218

**Approving Official, Title, Address and Phone Number** (201) 714-7411
TEAM LEADER/CONTRACTING OFFICER
80 COUNTY ROAD 3RD FL
JERSEY CITY, NJ 07097-9800

**Contact** Phone: (914) 697-7073
LOUIS SANCHEZ
80 COUNTY RD. 3RD FLOOR
JERSEY CITY, NJ 07097-9800

PS Form 4211, eFMSWIN, July 2004

0000135